ORIGINAL FILED

Your name:_____Plaintiff_____

Address:_____P.O. Box #37, Sunol, CA 94586_____

_____

Phone Number:_925-203-5645_____

Fax Number:_____

E-mail Address:_____alienbot1231@outlook.com___

Pro Se Plaintiff

FEB 23 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

**SEALED BY ORDER
OF THE COURT**

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

Oakland

C23-00832

|  |  |
|---|---|
| _____Plaintiff_____ | Case Number: _____ |
| _____ |  |
| Plaintiff(s), | *Title of Document:* |
|  | Complaint |
| vs. |  |
| Natasha Flint, Phillip Herndon, Marie Formica & Doe Defendants unknown to Plaintiff. | Privacy Act Case |
| Defendant(s). | ACTION BASED ON CIVIL CODE SECTION 1708.85 |
|  | 17 U.S. Code §§ 106 and 501 |
|  | 15 U.S. Code § 1 (Sherman Act § 1) |

TITLE OF DOCUMENT:_Complaint____CASE NO.:_____

PAGE NO. _1_ OF _70_

1    FILED UNDER SEAL

2

3    This lawsuit is filed under seal in its entirety.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TITLE OF DOCUMENT: Complaint     CASE NO.: _____

PAGE NO.  2   OF   70

I. PARTIES

Plaintiff pro-se files a Complaint with the Court on this day of December 2023,

complaining of the following entities & acts listed in the counts.

Plaintiff requests that this Court permit her to proceed under a pseudonym as specified in

the attached 'Confidential Information' form, and that such pseudonyms also be applied to

anyone else she deems proper to protect in a similar manner including her loved ones & any

Other Victims who wish to remain anonymous, and is hereby referred to as Plaintiff.

Plaintiff's anonymity is necessary to preserve privacy in a matter of sensitive and

highly personal nature given that the allegations detailed herein relate to Plaintiff's

experience as a victim of massive violations, which felt like being punched & violated

continuously every day by swarms of powerful groups of Defendants for the past eight

years.

Plaintiff's sensitive and personal experiences were not the result of any voluntary

undertaking on her part, and neither the public, nor Defendants, will be prejudiced by

Plaintiff's identity remaining private.

Plaintiff is a citizen of California, endeavoring to build a startup business.

Defendants are various individuals around the United States, who participated in acts that

impacted business in or around California and also traveled to California to conduct these acts.

Plaintiff requests the Court issue a summons in regard to this matter compelling

Defendants to file an answer to the allegations, according to Defendants' current

TITLE OF DOCUMENT: Complaint ___CASE NO.: _____

PAGE NO. _3_ OF _70_

1 | representative.

2 | Natasha Flint works at Ogilvy at 360 3rd St Fifth Floor, San Francisco, CA 94107.

3
4 | Phillip Herndon works at National Geographic at 1145 17th St NW, Washington, DC 20036.

5 | Marie Formica works at MedeAnalytics at 501 W President George Bush Hwy Suite 250,

6 | Richardson, TX 75080.

7
8
9 | II. JURISDICTION AND VENUE

10
11 | The Court has diversity jurisdiction over all causes of action alleged in this

12
13 | Complaint pursuant to U.S. Code § 2 because there is complete diversity between Plaintiff

14 | and each of the named Defendants, and because the amount in controversy exceeds $20.

15 | Defendants committed intentional torts purposefully directed at Plaintiff, a resident of

16
17 | California, with knowledge that their actions would harm and cause Plaintiff emotional and

18 | economic injury in her home state of California.

19
20
21
22
23
24
25
26
27
28 |
TITLE OF DOCUMENT: Complaint    CASE NO.: _____

PAGE NO.  4   OF   70

III. EXHIBIT - PRIVATE COMPLAINT EVIDENCE

EXHIBIT FILED UNDER SEAL

III. STATEMENT OF FACTS

In high school, Plaintiff learned of problems such as poverty and decided to try to think about ways to reduce these problems or solve them all at once, deciding to attend college to specialize in economics to figure out how best to solve these problems. At college, she worked on her book to make profits to end poverty.

In case the book didn't make profits, she began to concurrently invent software inventions as a programmer after leaving college. Plaintiff's inventions connect problem-solving structures in a useful way. She began pitching her inventions at work to get permission to work on them instead of her other software engineering responsibilities, to no avail. After experiencing negative feedback on her software inventions and her book, she decided to try to go viral using extremely accurate insults directed at a former employer (Primary Harassing Employer) in or around 2015. The employees of that employer doxxed, harassed, stalked, conspired to harm, hacked the accounts/devices of, lied about, tortured, and otherwise worked hard to harm Plaintiff on the basis of her protected attributes and otherwise illegitimately.

Believing publicity from her insults against the most awful people she'd ever met would only help her inventions/book become famous and help her succeed in her plan to end poverty, she continued to try to attract more attention with insults, jokes, insights, and other information

TITLE OF DOCUMENT: Complaint ____CASE NO.: _____

PAGE NO. _6_ OF _70_

designed to get attention for her inventions/book to end poverty. Since 2020, she has been

drugged with aphrodisiacs, which has caused many health problems for Plaintiff, even though

Defendants knew she was already sick with meningitis, having taken drastic measures to protect

herself against the stalkers harassing her, drastic measures referring to leaving bird excrement on

her car windshield, which may have resulted in contracting fungal meningitis. Various companies

and individuals also violated Plaintiff's copyright, privacy & other rights, and copied her

inventions and/or other content without attribution, consent, communication, or compensation,

which amounted to anti-competitive action in the industries which Plaintiff's inventions would

have been competitive (technology & information markets).


Since then, on Plaintiff's information and belief, Defendants have taken measures to

downplay their involvement in the torture campaign against her, delete evidence of their

involvement, sugarcoat their obviously malicious intents, and otherwise act to obstruct

justice. Their actions to stop Plaintiff from making profits from her inventions and

torture her into a state of extreme fear & despair & deprivation of medical care amount to

attempted murder of Plaintiff, as well as genocide of the people she could have helped

with those profits. Defendants will likely generate more evidence of their infinite

cruelty the rest of their lives, except perhaps for the occasional moment when they

believe they're being tested or examined for morality, in which case they will then

proceed to raise their eyebrows, exclaim they "didn't know", weep in self-pity to falsely

seem remorseful, and make obvious, predictable, wrong statements such as jokes & lies to

TITLE OF DOCUMENT: Complaint____CASE NO.: _____

PAGE NO. _7_ OF _70_

trivialize all meaning including Plaintiff & her rights & those of Other Victims to falsely seem

like innocent charming victims, so Plaintiff is not too concerned with whether she will be able

to find evidence of their crimes, as she is relatively certain Defendants will re-offend,

as rather than being sources of randomness, Defendants are unfortunately predictable in

that the 'easy, cruel option' usually describes their actions in any given situation, just

like their fellow creeps, who always obey incentives.


Plaintiff feels like she has been forcibly imprisoned in a cage of constant torturous

surveillance by her anonymous abusive stalkers and strapped to an anonymous glory hole and

can't see who is violating her on the other side or do anything to stop them for the past

eight years. It is possible that Defendants wanted to believe 'free speech' meant that

they 'had the right to torture anyone with lies and incessant undeserved abuse' so badly

that they simply, cruelly chose to pretend it was true, and the government did not have

the resources to stop them all from doing so, as they did not have a warrant to access

Defendants' data to find out if they participated in this campaign to incite the death of

an innocent inventor endeavoring to save oppressed people. Had Defendants not acted, the

oppressed people who have died the past eight years might be alive to come up with jokes

to torment Defendants in the most ironic, devastating, and just manner, such is the value

of Plaintiff's inventions as being able to create profits to save this many people from

preventable deaths, and Plaintiff wishes Defendants saw this as the tragedy it is.


TITLE OF DOCUMENT: Complaint ____ CASE NO.: _____

PAGE NO. __8__ OF __70__

Plaintiff requests that the government search Defendants' data for evidence of their

participation in this campaign against her which resulted in extreme bodily harm to

Plaintiff and the deaths of millions of innocent oppressed people who Plaintiff would have

helped with her profits from her book/inventions.

Plaintiff requests that the government stop Defendants' actions, which do not constitute

'mundane, standard bullying/harassment', but rather a massive coordinated torture campaign

by various huge groups to incite suicide of Plaintiff and/or other criminal acts against

an innocent individual (including Plaintiff and Other Victims), through acts such as

'violation of her rights' and 'creation of torture porn', willfully ignoring the

criminality and consequences of their actions in order to feel good by inhabiting

Plaintiff's life through what she experienced as incessant stalking, false imprisonment,

violation, & abuse, and which feels like physical violation of her body, similar to how

copying/lying about/misgendering/spying on/inferring consent from someone are violating,

parasitic, exploitative acts acknowledged as at least harmful and even perhaps also

criminal by society in general.

Plaintiff requests that the government fine and/or otherwise exact punishments on

Defendants as the government sees fit, to disincentivize these actions to torture an

innocent individual who acted solely to attract attention to her inventions to acquire

startup funding or other assistance, to try to inspire people to change for the better

through constructive criticism of Defendants with suggestions for alternative lifestyles

TITLE OF DOCUMENT: Complaint____CASE NO.: _____

PAGE NO. _9_ OF __70__

than criminal exploitation & abuse, and out of self-defense to stop Defendants all by

herself, as she received no assistance in doing so, to her knowledge.


Defendants exploited Plaintiff to profit themselves, and Plaintiff requests that

Defendants exploit themselves to profit Other Victims, specifically requesting that

Defendants are required to pay fines directly to the Other Victims who she intended to

help with her book/inventions.


Rather than an 'equivalent, individual, just act to punish Plaintiff for an unprovoked

accurate insult' which is what Defendants probably wish they had done instead of this,

enormous groups of Defendants waged a global war through enslavement, imprisonment,

de-humanization, torture, intentional malicious interference with charitable funds, physical

assault, & other crimes against Plaintiff & Other Victims, a war lasting eight years, fought by one

innocent person acting alone (Plaintiff) on the other side of Defendants, who merely defended

herself against abuse by Defendants using the truth, which they found insulting.


To respond in this manner to a few accurate insults by Plaintiff - which are the only

actions Plaintiff took that could possibly be portrayed as negative - is obscene, abusive,

sickening, insane, creepy, horrific, hateful, pathetic, pitiable, disturbed, depraved,

parasitic, despicable, malicious, abnormal, perverted, disgusting, terrifying, nauseating,

repulsive, shocking, vile, revolting, abominable, outrageous, contemptible, &

TITLE OF DOCUMENT: Complaint____CASE NO.: _____

PAGE NO. __10__ OF __70__

objectionable, and Plaintiff wishes Defendants could be something other than what they

are, and wishes her plans to build an equitable world of genius inventors had succeeded,

instead of a world populated by an adjacent-thinking species with a strong preference for

easy cruelty and complete obedience of incentives.

Plaintiff understands that Defendants may be confused about why they are not receiving

more free things from her and may feel excluded from her life by her attempts to defend

her personal space & life from their violations, but is confident they will have more time to

think of reasons once they're in prison. Plaintiff would love to know what Defendants have

done to bring these innocent victims back to life, and what they are telling themselves

will happen once a judge finds evidence of their crimes against Plaintiff, but

unfortunately considers it likely that they will say easy cruel things again, like always,

rather than the wonderful reasons/inventions/arguments she might have. To give Defendants

a hint, the reason they find so confusing & mysterious & difficult to figure out has

something to do with the fact that, despite Plaintiff's offer to Defendants of a button

they could click to end poverty (here referring to a retweet button on Twitter and/or a

Donate button on PayPal/Github), Defendants worked hard to avoid smashing this

poverty-ending button, an action which is what she would expect from someone who wanted to

end poverty or solve other problems.

Plaintiff still sees a path to a beautiful future where people are genius inventors who

TITLE OF DOCUMENT: Complaint ____ CASE NO.: _____

PAGE NO. __11__ OF __70__

are capable of doing the right thing, but doesn't see a requirement to include Defendants

on this path, as Defendants made Plaintiff independent of them, which was unnecessary as

she would have done so herself, as she frequently solves problems rather than needing

problems, and considers Defendants to be easily solved with a simple description like

'easy cruelty' rather than finding them mysterious in any way.


Plaintiff is sure Defendants want her to like them, given how much they trusted, acted on,

& valued her opinion, as well as how much they violated her and copied her, and is equally

sure they cannot force her to, as she has checked the laws in case they require that.

Forgiveness and tolerance for enslaving, abusing, torturing & violating her is also not

required of Plaintiff by the laws of the United States, as tolerance is for good people

who would never enslave her, abuse her, torture her, or violate her.


Defendants can cry, lie, howl, wail, weep, beg, argue that they have the right to violate & leech

off of Plaintiff, do the nauseating false victim dance, tell cheap predictable jokes directed at

Plaintiff because they were offended & hurt by Plaintiff's insults to someone else, scream their

shame as revealed in what they laugh at, pity themselves, and burden society even more than

they already have, but they still tortured a genius inventor to death because they like dragging

down their superiors and for Plaintiff's decision to insult someone who earned it, killing many

millions of innocent people she would have helped through their acts to torture her, so Plaintiff

knows they're not happy with reality, given the extremity of this horrific, emotional, criminal

TITLE OF DOCUMENT: Complaint ____ CASE NO.: _____

PAGE NO. _12_ OF _70_

response to her superiority & her insult to someone who deserved it.

Plaintiff understands that Defendants are extremely unlucky people, burdened with

nauseating needs to violate and torture innocent people, but sees no reason why she should

be required to suffer for their vile joy derived from inhabiting her, given the extreme

burdensome costs posed by Defendants and their violations. In contrast to the burden that

is Defendants, fixing their actions should be as simple as a query of their data for

keywords and conversations relevant to the torture campaign, checking if they did any

charity work that was positively impactful (rather than trivial and non-impactful) before

her viral comment criticizing insecure people's selfishness, and then transferring money

out of their bank accounts and into the bank accounts of a high-impact charity or directly

to poor people's bank accounts, if Defendants are found to be lacking in that metric, once

their crimes against Plaintiff through their participation in the campaign are confirmed

with the query.

Plaintiff understands that Defendants are ordinary and therefore merely want to be seen as

extremely funny, pure, and brilliant for violating, abusing, and torturing Plaintiff

(instead of having human desires like wanting to solve problems to help people), and that

they don't understand simple things like 'personal space' or other simple things, such as

that 'most possible connections are false' and 'jokes are false, as in "differences from

reality" and "differences from what should be true, so much so that it might as well be

TITLE OF DOCUMENT: Complaint    CASE NO.: _____

PAGE NO.  13  OF  70

true'" so 'most people will be able to find a joke by default because they get things

wrong by default and most connections are false', so they want to believe they are special

and lie that they are special for finding obvious lies and jokes (differences from

reality, and/or differences from what reality should be, as in 'wrong'), but they likely

should have realized these facts about reality for themselves, and should have prioritized

something other than 'frequently being wrong' (such as 'committing crimes') during their

lives. In reality, it is a burden to pretend that Defendants' predictable, nauseating

jokes are surprising and therefore entertaining, just like it is a burden to compliment

Defendants, as it takes a lot of lies and work to force oneself to compliment a burden.

Defendants revealed their infinite shame in their tired, predictable jokes and lies about

Plaintiff's inventions/property/data, which Plaintiff is sure they wish they had not

revealed quite so obviously.

In their persistent nauseating violations of Plaintiff, Defendants revealed their deep,

unfixable unhappiness, which Plaintiff believes would cause them to re-offend. Plaintiff

believes it should be required to be happy & intelligent & have a good plan to make other

people happy, before people like Defendants are allowed to become famous, otherwise they

merely become another tired example of what everyone already knows what not to do.

Plaintiff is sure Defendants are horrified at what they revealed about themselves in their

nauseating violations of her, and their shame will only get worse because of their refusal

to fix what they did to the world.

TITLE OF DOCUMENT: Complaint ___ CASE NO.: _____

PAGE NO. __14__ OF __70__

Through disrespecting the entire world by trying to torture a hero to death while she was

trying to save the world (meaning the oppressed people of the world, rather than just

anyone), Defendants sacrificed the world's well-being to feel good for a few seconds, as

when people are oppressed, everyone else is burdened too, even if indirectly. Therefore,

on information and belief, Defendants cannot be trusted with any decisions at all.

Plaintiff understands that Defendants need to victimize someone at all times in order to

want to live, as they don't enjoy solving problems, and that if they did not have adult

victims, they would likely turn to even more powerless victims than Plaintiff, including

Other Victims. Plaintiff understands that Defendants feel falsely powerful & important for

violating & torturing such an important, powerful person as her, but they are not as

powerful as they wish they were, which they revealed by seeking power over her.

If Defendants' nauseating lies about their own wonderful attributes were true, the world

would be a wonderful place with no involuntary problems burdening humanity. Reality

generates trillions if not infinite bits of evidence contradicting Defendants' nauseating

lies on a daily basis, so Plaintiff will not struggle to prove they're lying.


A small percentage of the private evidence of these allegations is filed under seal in the

document entitled 'Private Complaint Evidence', as indicated in the complaint evidence.

More evidence will be added as requested.

VII. SPECIFIC CAUSES OF ACTION

TITLE OF DOCUMENT: Complaint ____CASE NO.: _____

PAGE NO. __15__ OF __70__

COUNT 1: Negligent Infliction of Emotional Distress

(by Plaintiff against All Defendants)

Relevant arguments, factual allegations & evidence are incorporated herein, and Plaintiff

re-alleges each and every paragraph as if set forth in full herein, here including an

'intent to harm', 'responsibility', and 'impact' section in these counts.

Intent to harm Plaintiff and/or Other Victims, in their actions intended to commit this

violation

There is no evidence that Defendants attempted to help Plaintiff in any way, as Plaintiff

never received help with her goals to build a startup to make profits for Other Victims or

in defending herself against the attacks made by Defendants to her knowledge, or she

likely would have noticed had she received any such help.

Extreme emotional distress is foreseeable & expected for victims who see a pattern of

extreme negligence occur in failure to take any effective measures to prevent the cause of

their emotional distress, a pattern indicating intent to be negligent & intent to cause

harm.

On information and belief, Defendants took no measures to ensure they were not causing

harm to Plaintiff, indicating intent to harm Plaintiff.

On information and belief, Defendants knew or should have known of harm caused to people

in a similar position as Plaintiff, indicating intent to harm Plaintiff.

Plaintiff indicated frequently that she was being harmed by Defendants' actions, and they

TITLE OF DOCUMENT: Complaint      CASE NO.: _____

PAGE NO. __16__  OF __70__

continued in spite of these indications.

There were incentives to intervene on Plaintiff's behalf, such as being partly responsible for solving problems that Plaintiff was solving & for helping Other Victims, which Defendants negligently ignored.

There was plenty of information indicating that to not intervene was to cause extreme harm to Plaintiff & Other Victims, which Defendants negligently ignored.

There were many opportunities to fix the fixable negative impacts of their negligence, which Defendants neglected to use to apply positive corrective measures with positive impacts.

On information and belief, Defendants worked to create the illusion that they had plausible deniability in their careful avoidance of information that would indicate they were committing a violation by neglecting to intervene on Plaintiff's behalf or neglecting to fix the negative impacts of their violations, indicating intent to be negligent.

On information and belief, Defendants acted deliberately and/or recklessly, for the purpose of causing Plaintiff emotional distress so severe that it could be expected to adversely affect mental health & general well-being in a normal person.

On information and belief, Defendants' conduct was not normal or appropriate or justified, but rather extreme and outrageous.

This type of enormous, organized, powerful, aggressive, malicious, costly, persistent, collective action is rarely directed at any individual, let alone innocent people who did nothing unfair, illegitimate, unjustified, and/or otherwise cruel to Defendants.

TITLE OF DOCUMENT: Complaint ____ CASE NO.: _____

PAGE NO. _17_ OF _70_

The normal & sane reaction to Plaintiff's opinions is to view Plaintiff as a victim of

extreme abuse who has survived and even thrived despite incredible odds & extreme attacks

leveraged against her by people like Defendants, and to appreciate Plaintiff's solutions

to problems.

However, Defendants worked hard for years to abuse Plaintiff to death for disliking them.

The normal & sane reaction to Defendants' actions is extreme terror & nausea, as well as

filing lawsuits, complaints, & police reports until Defendants are pried off of her by the

government and jailed for life and separated from their property.

There was a pattern of conduct in Defendants' actions, not just an isolated incident.

This campaign against Plaintiff continued for several years (not counting the ten or so

years before this large campaign, where Plaintiff experienced local torture campaigns at

work and school to punish her for being excellent).

Many of the Defendants if not all of them violated and/or tortured Plaintiff at least

once, and most of them interacted with Plaintiff in a criminal way more than once.

The repetition of the violations of Plaintiff & her rights was extremely damaging to her,

re-traumatizing her severely every moment of every day that it was repeated by each of the

thousands of individual Defendants involved.

Plaintiff was powerless to stop Defendants, which Defendants knew or should have known,

using either information such as Plaintiff's requests for help & protection, or using

basic logic such as comparing the list of powers that Plaintiff had and those which

Defendants had, and noticing the extreme power imbalance favoring Defendants, in the form

TITLE OF DOCUMENT: Complaint    CASE NO.: _____

PAGE NO. _18_ OF _70_

of the far more numerous powers & resources of Defendants compared to those of Plaintiff.

On information and belief, Defendants knew or should have known it is disgusting and

criminal to attack a powerless innocent person at all, especially a victim of extreme

abuse as Plaintiff clearly already was by the time Defendants found her.

It is unreasonable to expect one person such as Plaintiff to successfully defend herself

against thousands of Defendants while acting alone (let alone the additional millions of

people in Defendants' user bases and/or audiences) at all, let alone all of them at once

for several years.

Defendants' attempts to force this expectation on Plaintiff, as if they had any right to

force such an expectation on her, was extremely damaging to Plaintiff, who they had

already burdened in many ways by taking actions such as carefully avoiding solving

problems during their lives, actions which led to a terrible society that punishes

innocent people regularly.

Plaintiff realized that her efforts to be un-groomed & otherwise unappealing to Defendants

were not working to stop Defendants from continuing their campaign against Plaintiff,

further terrifying Plaintiff as she was now forced to believe there was nothing she could

do to successfully protect herself against predators such as Defendants, as they

repeatedly indicated through their actions that they would violate her until she died.

For example, Plaintiff's intentional avoidance of vegetables or her intentional

consumption of foods that cause skin inflammation indicated to Defendants that Plaintiff

intended these actions, but Defendants falsely portrayed these actions as involuntary

TITLE OF DOCUMENT: Complaint _____CASE NO.: _____

PAGE NO. __19__ OF __70__

1   rather than being attempts to inspire Defendant stop violating her, an involuntariness

2   which they falsely portrayed as specific to Plaintiff, to inspire hatred of her in other

3
4   Defendants, as if Plaintiff is all the negative attributes in the world and Defendants are

5   all the positive attributes in the world, a lie so revolting Plaintiff has to try to

6   forget that there is anything that would even try to portray themselves so falsely while

7   violating & torturing her, in order to want to live.
8
9   On information and belief, Defendants were in a position of power over Plaintiff & abused

10  that power with intent to torture & harm Plaintiff.

11  On information and belief, Defendants knew or should have known that Plaintiff was so
12
13  terrified that she would take extreme measures to keep them away from her, indicating

14  their intent to further terrify her in their careful maintenance of such conditions that

15  caused this harm to Plaintiff, conditions such as depriving Plaintiff of information she

16  needed to avoid extreme terror of Defendants.
17
18  On information and belief, Defendants knew or should have known that Plaintiff was

19  unhealthy & was not receiving medical care in their incessant violations of her life, and

20  took no effective action to prevent or remediate this condition such as by helping her get
21
22  an appointment with a doctor who could help her, which was even more terrifying to

23  Plaintiff, as it indicated their intent to harm her, in their total power to help her

24  survive and total avoidance of doing so, which is torture.

25  On information and belief, Defendants knew or should have known that, given their higher
26
27  numbers, access to information, social networks, and other financial resources, they had

28  TITLE OF DOCUMENT: Complaint ___ CASE NO.: _____

PAGE NO. __20__ OF __70__

1  more power & resources than Plaintiff.

2  On information and belief, Defendants knew or should have known that Plaintiff could not

3
4  possibly protect herself physically from even one Defendant who had more power over her,

5  power such as having more information about her like where she lives or how to get in her

6  room, than she had over them, let alone protecting herself from more than one Defendant,

7
8  and thus tried to terrorize Plaintiff with the implied physical threat of group action

9  organized against her.

10  It is extremely obscene, abusive, sickening, insane, creepy, horrific, hateful, pathetic,

11  pitiable, disturbed, depraved, parasitic, despicable, malicious, abnormal, perverted,

12
13  disgusting, terrifying, nauseating, repulsive, shocking, vile, revolting, abominable,

14  outrageous, contemptible, & objectionable to look up an innocent powerless stranger's IP

15  address, home/work address, or other information that could be used to torture that

16
17  person, let alone communicate that information to another malicious entity, let alone use

18  that information to abuse that person at all, let alone as a powerful group for several

19  years until they're finally forced to stop, or even to spend any time online looking for

20  innocent powerless victims to torture without ever taking any steps at all to verify the

21
22  innocence of the victim, or even to have time to spend in such a manner as they're not

23  busy saving lives, inventing things to save lives, or other such noble pursuits as one

24  would expect a person to regularly spend time doing, as human beings are the most

25
26  intelligent, civilized known life forms and can therefore be expected to take the most

27  intelligent, civilized actions.

28  TITLE OF DOCUMENT: Complaint     CASE NO.: _____

PAGE NO. _21_ OF _70_

It is not normal 'gossip' to find and/or communicate information about Plaintiff that

could be used to harm her and communicate that to creeps who wish to harm her, such as

where Plaintiff lives.

Rather it is a disgusting violation of Plaintiff's rights to endanger her & dox her in

this manner by communicating her personal information such as her address to those creeps

who wish to harm her and giving these creeps false information to bait them into torturing

Plaintiff to death so she can't testify against or otherwise fight back against

Defendants, making her incredibly vulnerable, even more so than she already was due to

being an individual and not having any such similar resources, power or information about

Defendants such as their identities, locations, plans, resources, etc, as that information

which she could use to stop them or at least report them to authorities who could stop

them.

The resulting abusive usage & inhabitance of Plaintiff's life, identity, property, and/or

emotions like nausea, horror, & pain by thousands of Defendants (who were more often than

not also anonymous) was extremely repulsive, nauseating, disturbing, horrifying, &

disgusting to Plaintiff, as Plaintiff felt the exact same revulsion as occurred when she

was sexually assaulted, every time she saw evidence indicating that Defendants were still

using, torturing, & otherwise violating her whenever they wanted, receiving no resistance

from authority figures, which occurred every moment of the campaign since it began, in

addition to the feelings of revulsion she already had to experience because of the

previous physical sexual assaults committed against her.

TITLE OF DOCUMENT: Complaint____CASE NO.: _____

PAGE NO. _22_ OF _70_

Defendants regularly refer to 'acting' as 'inhabiting a character', and therefore knew that even just by copying one of Plaintiff's statements that they violated her privacy to view, they were inhabiting her (without her consent or ability to stop them). Similarly, life is 'variation', and Defendants pay attention to the variation of Plaintiff's life, and therefore can be said to be 'inhabiting' her life (without her consent or ability to stop them).

Similarly, by peeking into Plaintiff's private life such as her conversations with other people in private (people who are also not granting permission to Defendants to be violated), Defendants knew they were committing an act of creepy violation, which is embedded in the language as such phrases as a 'peeping Tom', and by occupying this position viewing (and therefore experiencing) Plaintiff's private life, they can be said to be inhabiting her life (without her consent or ability to stop them). These acts to violate Plaintiff's private conversations and private notes were an attempt to remove Plaintiff's right to be polite, to think before communicating in public or with other people, and other unalienable rights.

By incessantly monitoring and lying about Plaintiff, Defendants similarly imprisoned Plaintiff, a violation of her freedom and rights which was similarly creepy, revolting, and wrong as their other violations of her, and can be said to be inhabiting her through their imprisonment of her, through increasing their life/freedom by imprisoning her life & reducing her freedom, as Defendants apparently feel more free when they violate & imprison someone like Plaintiff (without her consent or ability to stop them).

TITLE OF DOCUMENT: Complaint ___ CASE NO.: _____

PAGE NO. __23__ OF __70__

By depending on Plaintiff to make profits and jokes and other beneficial structures for

themselves, Defendants can be said to be inhabiting Plaintiff, using/exploiting her

life/accomplishments/attributes/insights/jokes as if this information was their property

or a part of themselves, a nauseating dependence that constitutes a parasitic inhabitance

(without her consent or ability to stop them).

Defendants' lies about Plaintiff were similarly violations of her life, as they

contradicted/violated the facts about Plaintiff which Defendants knew or should have known

or had reason to believe, and can be said to be inhabiting Plaintiff through this

nauseating violation of her life (without her consent or ability to stop them).

By focusing on Plaintiff, Defendants required Plaintiff to spend her time thinking about

their plans & conspiracies against her, rather than giving her freedom to work on whatever

she wanted, which was her inventions, and therefore inhabited Plaintiff's life by

burdening her in this way so that she was not allowed to feel at home or feel alone within

her own body (without her consent or ability to stop them).

These forms of obviously criminal violation constitute torture in any standard definition

of the word, which accounts for extreme psychological violation and/or abuse (which may as

well be equivalent terms).

Furthermore, Defendants are well aware of other terms such as 'rights violations' and

'privacy violations' and 'misgendering as an act of sexual violence', which they could

have acknowledged as disallowing the actions they wanted to do to Plaintiff, but they

chose to deliberately ignore these indications that they would be doing something horribly

TITLE OF DOCUMENT: Complaint ____ CASE NO.: _____

PAGE NO. __24__ OF __70__

1  wrong by violating Plaintiff in any way, because of their sickening desire to inhabit

2  her.

4  Defendants are extremely perverted for deliberately and repeatedly and knowingly

5  committing these violations of Plaintiff.

6  It is also worth re-iterating for reference & comparison that the normal, sane,

7  legitimate, legal way to interact with a stranger such as Plaintiff is both in verbal

9  in-person conversations & optionally also in private messages, slowly establishing a

10 positive consensual relationship with regular integration of social feedback over time, in

11 full knowledge & consent of the identities of both parties, if consent & knowledge are

13 indicated by each party with that feedback, then as trust develops, information such as

14 details about one party's private property (such as the color of their furniture or

15 underwear) may then be communicated voluntarily by that party at that point, in a private

16 or in-person consensual conversation, indicating that party's consent for the other party

18 to know that information about them.

19 On information and belief, Defendants knew or should have known more about what was

20 happening & being planned to be done to Plaintiff than Plaintiff did, giving them

22 additional power in the form of more information about what would happen to her next,

23 information that would have been valuable in protecting Plaintiff had she known that

24 information, and giving them more control over Plaintiff's life than she had, information

25 about Plaintiff being power over her.

27 The indications that Defendants were being allowed to violate, plan harm, & cause harm to

28 TITLE OF DOCUMENT: Complaint ___ CASE NO.: _____

PAGE NO. _25_ OF _70_

1   Plaintiff without any resistance at all was extremely disgusting, horrifying & devastating

2   to Plaintiff.

3
4   Defendants falsely portrayed Plaintiff as 'deserving abuse' for legitimately disliking

5   Defendants for deliberately ignoring problems & oppressed people to such a degree that

6   oppression actually increased during Defendants' time in power.

7
8   Defendants tried to force Plaintiff to compliment them through their terrifying attempts

9   to coerce her to either compliment them or commit suicide, by punishing her for

10   legitimately disliking Defendants.

11   Racial epithets and references to Plaintiff's gender and other protected attributes were

12
13   used against Plaintiff, constituting a hate crime in violation of her rights, which was

14   extremely distressing, nauseating, & terrifying.

15   On information and belief, Defendants referred to Plaintiff as a combination of her

16
17   actual/falsely represented/perceived protected attributes including her race & gender in

18   portraying a false caricature of her as 'not a person' or an 'invalid person' because of

19   her race & gender & other protected attributes, often while acting like stereotypical

20   caricatures of their own groups & claiming to deserve humanity, agency, freedom & rights

21
22   that are absolutely not guaranteed to criminals, but rather are guaranteed to good people

23   including intelligent people who could treat Plaintiff in a non-abusive way.

24   Defendants ignored Plaintiff's points about how group dynamics are sub-optimal because

25
26   groups regularly make terrible decisions involving such sub-optimal methods as group-think

27   in order to avoid developing intelligence, and individuals regularly exploit their group

28   TITLE OF DOCUMENT: Complaint     CASE NO.: _____

PAGE NO. _26_ OF _70_

memberships to get resources they didn't earn or commit crimes and hide within the group

for protection, and how people sub-optimally tend to fall to incentives like the incentive

to do cruel, easy things like spying (which is like checking the answer rather than

figuring it out), ignoring these points so they could continue exploiting & violating &

torturing Plaintiff.

Defendants used strikingly sub-optimal methods of attacking Plaintiff such as

'hypocrisy/projecting' which only served to attack themselves, which Plaintiff found

terrifying because it indicated a total lack of self-awareness and ability to evaluate the

meaning of their actions, such as how their actions would seem to Plaintiff or even just a

normal observer with all the relevant information about them.

On information and belief, Defendants refused to portray Plaintiff accurately, by

referring to her by her real name or by her inventions/contributions or her actual

attributes like intelligence, instead pretending Plaintiff was just a set of negative

physical structures reflecting Defendants' flaws in an attempt to reduce her humanity in

order to feel nauseating ecstasy in nauseating power over Plaintiff, as they weren't

already capable of feeling good after finding out about Plaintiff given her superior

attributes, so they felt the invalid need to correct these bad feelings by torturing

Plaintiff, which is how nauseating people correct their bad feelings about themselves,

instead of improving themselves. Rather than fighting the truth by improving the truth,

Defendants once again chose the easy, cruel way, which was to lie.

On information and belief, Defendants never attempt such a campaign unless they believe

TITLE OF DOCUMENT: Complaint ___ CASE NO.: _____

PAGE NO. _27_ OF _70_

they will evade detection/capture/punishment, can isolate/disempower the victim

completely, can lie about the victim completely, can hide the evidence, or otherwise

believe they can evade consequences, and never attempt it to such a degree, and never

attempt such a campaign against actual evil people, as Plaintiff regularly sees genocidal

dictators & similarly evil people treated with relative respect, empathy, & mercy by

Defendants, even seeing them be praised by Defendants.

Other protected attributes than her race were mentioned regarding Plaintiff's real or

perceived age, health, mental health, genetic information such as height/weight,

intellectual abilities, etc.

Being treated like a set of negative physical structures was extremely disgusting,

devastating, horrifying, & terrifying to Plaintiff, as Plaintiff has earned the right to

be treated better than a set of negative physical structures, whereas Defendants did not

earn that right, but rather forfeited that right in their continued violation & torture of

a person having, falsely represented to have, or perceived to have Plaintiff's protected

attributes, regardless of whether that person is also intelligent, good and/or

contributing to society.

Defendants cannot tell that it is better to solve the problem of being extremely good in

every way than to be wrong/evil, because they operate by feelings, and evil feels good to

Defendants, who cannot admit that good people are more complex and capable of more, as

there is more freedom for everyone in a society of good people, as opposed to the society

of evil people who always do the evil, easy, cruel thing, invariably, every time, which as

Plaintiff has stated repeatedly, is boring and nauseating. Defendants copied this & other

points by Plaintiff to seem smart, while carefully avoiding doing anything that would

possibly implement such insights from Plaintiff.

Responsibility

On information and belief, Defendants took no effective action to prevent or stop the

infliction of emotional distress, as indicated by the fact that Defendants' actions

continued unchecked, indicating intent of Defendants to be ineffective in

preventing/stopping such acts by other Defendants.

On information and belief, Defendants owed Plaintiff a duty to warn her of actions planned

against her that were likely to cause harm, given their information about such actions.

On information and belief, Defendants owed Plaintiff a legal & ethical duty to avoid

creating risk or harm to Plaintiff's safety, health, life, rights, property, and/or other

protected resources. This is similar to how drivers owe other drivers a duty to avoid

crashing into them, as it is not a right of drivers to crash into other drivers, even

though drivers know there is some risk associated with driving, this 'knowledge of a risk'

not constituting 'permission for other drivers to crash into them'.

Similarly it is not a right of a person to poke someone else in an annoying, violating, & otherwise

burdensome way even one time, let alone eight years, let alone by large groups of people all

acting against one person.

On information and belief, Defendants knew or should have known that their conduct would

TITLE OF DOCUMENT: Complaint ___CASE NO.: _____

PAGE NO. _29_ OF _70_

1  harm Plaintiff.

2  On information and belief, Defendants breached their duty to warn Plaintiff and/or to

3
4  avoid creating risk or harm to her.

5  On information and belief, Defendants' breach proximately caused the injury, in full

6  knowledge of the probable harm caused by their actions to a normal person and the actual

7
8  harm caused to Plaintiff, who was hoping for funds to build her inventions to end problems

9  like poverty/disease/war, rather than incessant nauseating torturous violation of her

10  until she died, which is all Defendants can offer voluntarily, as Plaintiff is powerless

11  and that triggered Defendants' predator urges that control and define them.

12
13  Plaintiff is not responsible for handling infliction of emotional distress in the specific

14  method(s) which Defendants would express approval of, methods such as by 'complimenting

15  Defendants' or 'always being in a cheerful mood while being tortured', Defendants not

16
17  being court-appointed judges of Plaintiff's method of handling being tortured, and

18  Defendants themselves never being subjected to the same situation as Plaintiff and not

19  proving their ability to handle the same situation in the way which they preached as the

20
21  right way to handle such violations, torture, & abuse.

22  Absent Defendants' actions, this violation & the harm caused by it likely would not have

23  been committed against Plaintiff, as it is not normal for a powerful group of people such

24  as Defendants to inflict years of emotional distress amounting to torture that would

25
26  induce the suicide of a normal person, on a powerless innocent individual who did nothing

27  to Defendants, except for disliking them once they began torturing/violating her and for

28
TITLE OF DOCUMENT: Complaint     CASE NO.: _____

PAGE NO. _30_ OF _70_

having privileges such as being happy & out-competing them in various ways while

successfully solving society's problems on her own, actions by Plaintiff which Defendants

tried to interfere with, prevent, sabotage, & otherwise set up to fail, in order to more

easily falsely portray her as a failure at ending problems, by trying their hardest to

make sure she failed to save Other Victims, whereas Plaintiff's actions would likely have

succeeded absent Defendants' actions, given the extreme value of her inventions.

In violation of Restatement of the Law, Second, Torts, § 652, Defendants working at

tech/media companies or other similarly powerful Defendants, who negligently permitted

third parties including other Defendants to intrude into Plaintiff's affairs, allowing

intruders to act with their instrumentalities, knowing or having reason to know that the

other is acting or will act tortiously, may be held liable for the actions of other

Defendants.

On information and belief, Defendants who negligently permitted other Defendants to use

social media, computers, internet, apps, social resources like group memberships, and

other tools to further their campaign against Plaintiff to inflict emotional distress on

her through various violations of her rights/property/data, are liable for these actions &

the consequences of the same.

On information and belief, Defendants' conduct in refusing and/or failing to stop the

actions intended to inflict emotional distress on Plaintiff was outrageous, due to the

extreme illegitimacy, maliciousness and abusiveness of Defendants' actions against

Plaintiff and the consequences of the same, and Defendants' extreme power to stop the

TITLE OF DOCUMENT: Complaint ____ CASE NO.: _____

PAGE NO. __31__ OF __70__

violations committed against Plaintiff, especially compared to Plaintiff's power to stop

them.

On information and belief, Defendants acted with reckless disregard of the high

probability that Plaintiff would suffer emotional distress, mental anguish, & economic

harm from Defendants' continued violations against Plaintiff and Other Victims.

On information and belief, Defendants' negligent conduct was both the cause of and a

substantial factor in causing severe emotional distress, mental anguish, and economic harm

to Plaintiff & Other Victims.

Negligently choosing not to inform Plaintiff of who was committing violations against her,

to what degree, in what ways, when, why, and how to stop them, constituted additional

psychological torture.

On information and belief, Defendants avoided communicating with Plaintiff directly with

intent to avoid any kind of negotiation or strategy discussion in which Plaintiff would

quickly fix the problems created by Defendants wherever fixable, and to avoid the

possibility of litigation, with intent to terrify Plaintiff by making Plaintiff guess what

was being done to her & guess what was being planned to be done to her next and guess who

was participating, so Plaintiff was forced to suspect everyone around her.

Burden of taking precautions: the cost of avoiding negligence and fulfilling their duties

to protect innocent vulnerable victims of the violations they enabled and/or committed was

an extremely minimal and/or fair cost, such as either sending an online message clearly

intended to check if Plaintiff needed help and/or offer help in stopping Defendants, an

TITLE OF DOCUMENT: Complaint ____ CASE NO.: _____

PAGE NO. _32_ OF _70_

1   online report to authorities that succeeded in helping Plaintiff, successfully preventing

2   other Defendants from violating & torturing Plaintiff, and/or compensating Plaintiff given

3
4   the expected compensation for violating & torturing a person, as they had already enabled

5   to be done to Plaintiff.

6   On information and belief, Defendants took no effective action to prevent or stop the

7
8   negligent infliction of emotional distress, as indicated by the fact that it continued

9   unchecked, indicating intent to be ineffective in preventing or stopping it.

10   Other Defendants may also be especially negligent, such as CEOs & other powerful employees

11   of tech companies such as social media companies who knew of the intent & violations to

12
13   harm Plaintiff using their technology, due to their special power to intervene with the

14   torture campaign on Plaintiff's behalf, who negligently chose not to do so.

15   These other Defendants may have also had special access to information about Plaintiff

16
17   such as her data stored on their technologies, and are therefore especially liable for the

18   harm caused to Plaintiff using their technologies.

19   On information and belief, Defendants made false representations to cast doubt on the

20   legitimacy of Plaintiff's regular indications of emotional distress, requests for help,

21
22   reports to authorities, & other statements, their false representations intended to induce

23   the negligent inaction of other Defendants.

24   Defendants neglected to use their influence on other Defendants to dissuade other

25
26   Defendants from continuing their violations against Plaintiff.

27   On information and belief, Defendants are responsible for their intent to be negligent in

28
TITLE OF DOCUMENT: Complaint    CASE NO.: _____

PAGE NO. __33__ OF __70__

1   order to avoid helping Plaintiff & Other Victims or otherwise avoid fulfilling their

2   duties to their victims, as they had other options than wanting to be negligent and could

3
4   have & are responsible for changing their desire and intent to be negligent.

5   On information and belief, Defendants are responsible for avoiding violations such as

6   negligence, as other people are not responsible for preventing Defendants from committing

7
8   violations such as negligence, unless those other people have power to influence

9   Defendants, in which case such people are other negligence Defendants.

10  On information and belief, Defendants neglected to think about their intents & actions

11  before taking those actions, indicating intent to be negligent, and indicating violation
12
13  of their responsibility to think before acting.

14  On information and belief, Defendants neglected to exert self-control, indicating intent

15  to be negligent & indicating violation of their social responsibility to exert
16
17  self-control in avoidance of law violations.

18  On information and belief, Defendants have the power to not be negligent and the

19  responsibility to use that power to avoid negligence, having plenty of resources to
20
21  delegate the prevention of their negligence to other people using resources such as money

22  or social assets.

23  Absent Defendants' actions, this violation & the harm caused by it likely would not have

24  been committed against Plaintiff, as it is not normal for a person to avoid helping
25
26  someone to the extent that Defendants avoided helping Plaintiff and Other Victims,

27  especially when Plaintiff made it so easy & profitable to help her help Other Victims as

28
TITLE OF DOCUMENT: Complaint     CASE NO.: _____

PAGE NO. _34_ OF _70_

clicking a button, such as the 're-post' button on social media, as Plaintiff did most of

the work of building her inventions, so that all Defendants had to do to help her was help

her advertise her inventions, if they weren't willing to make a trivial donation, and had

they all made such a donation, it would have cost them next to nothing to help Plaintiff

fund completion of the construction of her inventions.

On information and belief, Defendants do not have the right to be negligent in such an

extremely harmful way, being required & expected to not be negligent in such an extremely

harmful way.

On information and belief, Defendants had other options than negligence, such as ending

poverty themselves, inventing valuable inventions to profit Other Victims, or helping

Plaintiff achieve these goals in the easy, low-cost manner in which she requested help

doing so.

Plaintiff is not responsible for Defendants' violations or their negligence, having

informed them repeatedly of her intents/abilities/actions to help Other Victims and her

ideas & methods that would make it easy to do so.

Plaintiff finds it very easy to not commit violations such as those committed by

Defendants, and does not believe any such ridiculous false claims such as that they were

powerless to avoid violating her.

It is unreasonable to expect Plaintiff to prevent such an easy violation at such a massive

scale, given the violations that technology enables at mass scale to be directed at a

powerless individual such as Plaintiff.

TITLE OF DOCUMENT: Complaint ____ CASE NO.: _____

PAGE NO. __35__ OF __70__

Plaintiff has taken great care to make a habit of avoiding harming any innocent

individuals because she cares about not doing so, and is extremely careful to give people

a chance to prove that they're good before concluding that they're not, to avoid

negligently harming an innocent individual, and finds it difficult to believe that

Defendants could not take similar care in their interactions with her.

Plaintiff did everything in her power to stop & prevent their negligence by informing them

about the facts of the situation such as the harm they were causing & by making it easy

for them to fix the fixable negative impacts of their violations, even though it is not

her responsibility to teach or fix Defendants, their violations, or the negative impacts

of their violations.


Impact on Plaintiff & Other Victims

Defendants' actions caused adverse consequence or loss to Plaintiff and Other Victims.

Plaintiff was directly injured and suffered damages to herself and her business as a

result of Defendants' acts.

Plaintiff has suffered economic injury, loss of money and property, loss of health, loss

of time, loss of opportunity, loss of rights, loss of hope, loss of safety, and general

loss of anything that could cause her well-being.

As a result of Defendants' actions, Plaintiff was forced to guess whether the people

around her such as her nurses/doctors and coworkers were involved in the violations &

torture of her, and wonder whether she would ever get medical care.

TITLE OF DOCUMENT: Complaint     CASE NO.: _____

PAGE NO. __36__  OF __70__

1   actions to profit themselves using her property/data.

2   Because of the decrease in content Plaintiff can produce each day due to her lack of

3

4   health and due to her other requirements & responsibilities such as defending herself

5   against Defendants, there is an extreme decrease in profits that can be generated from her

6   inventions and/or property/data.

7   Because of Defendants' interference with Plaintiff's attempts to get funding to build her

8

9   inventions, Plaintiff sustained loss of massive possible profits given the value of her

10  inventions, profits which she could have & intended to quickly end extreme poverty & other

11  global social problems.

12

13  As a result of Defendants' actions to violate her copyright, abuse her and falsely

14  represent her, Plaintiff's reputation as a brilliant inventor saving the world suffered as

15  a direct result of Defendants' acts, as Defendants falsely portrayed Plaintiff as

16  similar to themselves in negative ways without admitting to having those negative

17

18  attributes, in order to feel more similar to & superior to Plaintiff, taking nauseating

19  actions such as attaching Plaintiff's image to their own flaws/crimes/problems to feel

20  cleansed of their negative attributes by falsely & illegitimately burdening an innocent

21

22  superior person with them, as if it's Plaintiff's responsibility to fix Defendants.

23  The impact on Plaintiff was extreme trauma, producing thoughts like "is that noise outside

24  the window one of the incels who are violating me coming to kill me because I wouldn't

25

26  kill myself for incels and clearly don't want them" and 'how many more years will I have

27  to be violated & tortured before someone finally communicates with me or even stops these

28  TITLE OF DOCUMENT: Complaint    CASE NO.: _____

PAGE NO. _38_ OF _70_

1   horrific people from violating & torturing me' and 'are there any people out there other

2   than the incels/transexuals/mothers/elderly/obese/mentally challenged/creeps who violated

3
4   & tortured me' and "how many other powerless people such as the other victims or children

5   would the incels/transexuals/mothers/elderly/obese/mentally challenged/creeps have

6   violated & tortured instead of me, if they didn't have me to violate & torture" and 'I

7
8   guess there is no point in even trying to keep my intellectual property private anymore,

9   because clearly no one will ever stop violating me because if this many people have heard

10  about me and no one has communicated an offer to help by now, that means no one ever will,

11  so I might as well publish more of it to at least distribute more ideas to help the world

12
13  and more solutions, if that is the only power I have access to, as seems to be the case,

14  since I am dying and cannot finish building the inventions, so privatizing it is

15  pointless'.

16
17  Plaintiff was very obviously & severely devastated, terrified, horrified, disgusted, &

18  repulsed by the actions of Defendants, as shown by her continued lack of grooming to keep

19  Defendants away from her & dissuade them from pursuing more physical forms of torture such

20  as physical sexual abuse and violence.

21
22  Plaintiff was extremely harmed by the continuance of the violations against her, which

23  indicated that they would continue forever.

24  Defendants' actions against Plaintiff severely harmed Plaintiff, causing her to have an

25
26  obligation of tracking all of these false representations by thousands of powerful

27  Defendants, and defending herself against every type of violation of her & theft of her

28  TITLE OF DOCUMENT: Complaint     CASE NO.: _____

PAGE NO. _39_ OF _70_

property/data by herself, in an attempt to persuade Defendants to stop committing actions

against Plaintiff which interfered with her ability to profit from her inventions,

privatize her inventions, get funding to build her inventions, and/or have the opportunity

to have a reason to build her inventions.

Defendants damaged, prevented, and/or otherwise interfered with Plaintiff's prospective

business advantages/relationships through their torture of her and their violations of her

property rights.

Plaintiff also cannot profit from consensually publishing/publicizing her legitimate,

true, private/unpublicized or forcibly published/publicized property/data (including her

identity, personality, private/unpublicized notes about her inventions, & her

copyright-protected property such as her stories, insights, jokes, & inventions & her

other property), as she otherwise would have been able to, had Defendants not acted to

forcibly publish/publicize Plaintiff's property/data and/or false representations of the

same without her consent & without compensation and/or otherwise act to terrify her into

losing all hope of ever having her rights protected as a result of such violations,

thereby resulting in her believing she could not possibly protect her property/data in

order to coerce her to publish more of it as a result of this lack of hope, thereby

suffering extreme economic harms due to Defendants' actions.

It was utterly devastating to Plaintiff to see increasing evidence of pure, unabashed

apathy & hatred toward Other Victims, when helping the Other Victims would be so easy, as

Plaintiff's inventions made it easy to help them, as it made her feel totally alone in her

TITLE OF DOCUMENT: Complaint ____CASE NO.: _____

PAGE NO. __40__ OF __70__

mission to help them.

Plaintiff suffered severe emotional distress as a result of Defendants' conduct, and also

suffered extreme, probably permanent physical damage from Defendants' actions, which was

additionally extremely horrifying and otherwise emotionally distressing.

Plaintiff suffered extreme, persistent, compounding emotional distress, mental anguish,

fear for her personal physical safety, horrifying fear of being followed, pursued, and

killed, loss of sleep, illegitimate embarrassment for failing to successfully solve all

problems & help Other Victims as quickly as she had planned, paranoia, depression, fear,

anxiety, revulsion, disgust, nausea, horror, hopelessness, suicidal ideation, damage to

her personal & professional reputation, severe economic loss, extreme stress, loss of

health, loss of reasons to contribute to society or help anyone (as Defendants were so

common that Plaintiff had no reason to believe that other people who did not participate

would be sufficiently dissimilar to Defendants enough to justify her actions to help

them), deep mistrust of every person (as she'll now have to guess if each person she

interacts with is one of her violators or torturers for the rest of her life), loss of

faith in the potential of the human species, loss of desire to help humanity, loss of all

the time Plaintiff was forced to spend tracking, reporting, & litigating against

Defendants' violations & identifying Defendants & defending herself from Defendants (time

that could have been spent on more valuable endeavors, like adding configuration/code/data

to her inventions, had Defendants not acted against her), loss of opportunities for the

years of the campaign, & loss of personal physical health and safety ever since Defendant(s)

TITLE OF DOCUMENT: Complaint     CASE NO.: _____

PAGE NO. _41_ OF _70_

1 | physically cut her while she was sleeping.

2 | By referencing Plaintiff's loved ones & Other Victims in the torture porn Defendants

3
4 | created of Plaintiff through their abusive false use of her image and/or other protected

5 | property and/or protected attributes, Defendants implicitly threatened Plaintiff's loved

6 | ones and the Other Victims who Plaintiff was intending to help, causing Plaintiff to fear

7
8 | for further harm caused by Defendants to her loved ones and Other Victims.

9 | Other Victims experienced the same & additional extremely harmful impact from Defendants'

10 | actions as Plaintiff, likely additionally including violence, slavery, trafficking,

11 | disfigurement, mutilation, disability, poverty, disease, stress, trauma, loss of life,

12
13 | loss of health, and/or other foreseeable impacts of Defendants' actions on Other Victims,

14 | including such emotional traumas as possibly being forced to see Defendants gang up to

15 | stop Plaintiff from helping Other Victims, which must have been extremely horrific &

16
17 | otherwise emotionally distressing & traumatizing for Other Victims, to see their

18 | well-being prioritized far below torturing a person having, falsely represented to have,

19 | or perceived to have Plaintiff's protected attributes.

20 | While juggling all of these burdens created by Defendants, Plaintiff maintained her

21
22 | contributions to her project, kept a full-time job for most of the torture campaign to

23 | support herself despite her extreme illness, and showed Defendants that they couldn't stop

24 | her from being happy and couldn't force her to hate or abandon Other Victims, no matter

25 | how much pain they tried to cause her for her prioritization of Other Victims above

26
27 | Defendants, and no matter how badly they wanted to control her & force her to die for

28 | TITLE OF DOCUMENT: Complaint ___ CASE NO.: _____

PAGE NO. _42_ OF _70_

1  their entertainment to heal themselves from the pain of being legitimately disliked by

2  Plaintiff.

3
4  Plaintiff & Other Victims suffered extreme harm as a direct result of Defendants' conduct,

5  due to Defendants' continued negligent actions in enabling other Defendants' violations

6  against Plaintiff and Other Victims, which resulted in the proliferation of other

7  violations committed against Plaintiff & Other Victims, as these negligent Defendants

8
9  refused to stop it which encouraged other Defendants to continue.

10  Through these violations, Defendants are liable for compensatory & other damages in an

11  amount to be proven at trial.

12

13

14  COUNT 2: Violation of 17 U.S. Code §§ 106 and 501 - Copyright Infringement

15  (by Plaintiff against All Defendants)

16  Relevant arguments, factual allegations & evidence are incorporated herein, and Plaintiff

17
18  re-alleges each and every paragraph as if set forth in full herein, here including an

19  'intent to harm', 'responsibility', and 'impact' section in these counts.

20  Intent to harm Plaintiff and/or Other Victims, in their actions intended to commit this

21
22  violation

23  On information and belief, Defendants knew that their actions to violate laws prohibiting

24  copyright infringement was not with Plaintiff's consent or full knowledge and was not done

25
26  according to the very specific limited consent that Plaintiff offered by publishing some

27  of her copyright-protected property, an offer which Plaintiff then quickly withdrew after

28
TITLE OF DOCUMENT: Complaint ____ CASE NO.: _____

PAGE NO. __43__ OF __70__

noticing that, despite her attempts to teach them how to think properly, Defendants were

not capable of and were not developing the capacity for correctly implementing her

inventions/property/data for profit and/or to end poverty and/or solve other global

problems.

On information and belief, Defendants knew that they were not helping Plaintiff or Other

Victims, through seeing the harm they were causing to her & Other Victims, in full

knowledge that their abusive usage of Plaintiff's inventions/property/data was not causing

them to make profits such as those which could solve global problems and/or otherwise help

Other Victims, indicating Defendants' intent to harm Plaintiff & Other Victims.

On information and belief, Defendants had incentives to avoid copyright infringement, such

as legal liability to fulfill the terms & conditions requiring them to end poverty in

which the offer was conditionally made, and including such incentives as avoiding

litigation, avoiding sustaining reputational harm once their infringements & other

violations were known, and avoiding the reputational damage of having their pitiable

sub-optimal usage of Plaintiff's inventions/property/data compared to Plaintiff's

spectacular & particularly excellent usage of it, which affirms her rights to her own

inventions.

On information and belief, Defendants worked hard to cause harm to Plaintiff, such

violations as copyright infringement being difficult for them as they had to violate her,

read & repeat content from her property/data and/or slightly modify it under a false

belief that this would hide their copyright infringements in order to cause this harm,

TITLE OF DOCUMENT: Complaint ___ CASE NO.: _____

PAGE NO. __44__ OF __70__

these actions being difficult for Defendants as they require any effort at all, Defendants

seeming to find basically everything difficult given their intimidation by problems such

as ending poverty despite their massive power & resources to do so.

Defendants gave up resources to infringe on Plaintiff's copyright, giving up resources

such as other opportunities to use their time more profitably, the respect of their

audience once the extreme & full degree of copyright infringement was known to the general

public, indicating extreme intent to cause harm to Plaintiff & Other Victims through their

willingness to give up these resources to harm her, despite the fact that giving up such

resources was not being explicitly required of them by any known governing entity or law

of physics, as infringing on someone else's copyright was even easier than infringing on

Plaintiff's copyright, as infringing on Plaintiff's copyright took work as detailed above,

as they likely would not have had to work as hard to cover up their violations or evade

consequences for their violations had they infringed on someone else's copyright, or just

come up with their own inventions/property/data, which Defendants apparently felt unable

to do, having made careers out of copying innocent victims of their abuse.

On information and belief, Defendants tried to prevent the success of Plaintiff's actions

to stop them from infringing on her copyright, in continuing to do so and amassing an army

of copyright infringers to help them do so, in correctly identifying Plaintiff as being

equal to massive numbers of them in her abilities to solve problems, though she is unequal

to them in many ways, Defendants being capable of exceeding her in their abilities to

cause problems such as genocide & copyright infringement, despite her technological

TITLE OF DOCUMENT: Complaint ____ CASE NO.: _____

PAGE NO. _45_ OF _70_

automation skills.

On information and belief, Defendants tried to prevent the success of Plaintiff's actions

to stop them from infringing on her copyright, her actions including: publicizing who

these entities were infringing on the copyright of & other relevant information, asking if

Defendants needed her help in infringing on her copyright & offering to make it even

easier for Defendants to do so, their infringement indicating a desperate dependency for

assistance in many aspects of life, being especially dependent on others for help in

keeping their jobs as entertainment or as tech product builders/inventors.

On information and belief, Defendants did not seek a license to use/abuse Plaintiff's

inventions/property/data, and/or did not seek to compensate Plaintiff for their violations

of her rights, and/or did not seek permission, consent and/or full knowledge or

empowerment of Plaintiff in the manner/extent in which they used/abused her

inventions/property/data or for the malicious purposes for which they abused her

inventions/property/data, seeking only to profit themselves and avoid work, rather than

intending to help Plaintiff or Other Victims or even their audience/users/customers.

On information and belief, Defendants made no effort to stop themselves, such as by

exerting or developing self-control to resist the temptation of infringing on Plaintiff's

copyright, which Plaintiff knows to be extremely irresistible and/or tempting to

Defendants, given the massive scale of copyright infringement & other violations committed

against her.

TITLE OF DOCUMENT: Complaint    CASE NO.: _____

PAGE NO.  46   OF   70

Responsibility

Violation of Plaintiff's moral rights to her inventions/property/data.

In violation of Plaintiff's right of attribution, Defendants did not attribute the

work they stole/copied from Plaintiff to her.

In violation of the right to have a work published anonymously or pseudonymously,

Defendants attributed Plaintiff's identity to the distorted versions of her

inventions/property/data that they created without her consent, permission or full

knowledge, rather than protecting her from such false

publicization/publication/attribution.

In violation of Plaintiff's right to the integrity of the work, in which Plaintiff can

object to alteration, distortion, or mutilation of the work that is "prejudicial to the

author's honor or reputation", Defendants distorted Plaintiff's inventions/property/data

in such an abusive way as to damage her honor and/or reputation.

Violation of 17 U.S. Code § 106A(a) - Rights of certain authors to attribution and

integrity, and as referenced in the Visual Artists Rights Act of 1990.

(1)(A) the author of a work of visual art shall have the right to claim authorship of

that work, which Defendants violated in abusively distributing Plaintiff's

inventions/property/data without attribution.

(2) shall have the right to prevent the use of his or her name as the author of the

work of visual art in the event of a distortion, mutilation, or other modification of the

work which would be prejudicial to his or her honor or reputation, which Defendants

TITLE OF DOCUMENT: Complaint ____ CASE NO.: _____

PAGE NO. __47__ OF __70__

1    violated in abusively distorting Plaintiff's inventions/property/data without removing any

2    identifying attributes of Plaintiff from this inventions/property/data.

3
4    (3)(A) subject to the limitations set forth in section 113(d), shall have the right to

5    prevent any intentional distortion, mutilation, or other modification of that work which

6    would be prejudicial to his or her honor or reputation, and any intentional distortion,

7
8    mutilation, or modification of that work is a violation of that right, which Defendants

9    violated in intentionally abusively distorting Plaintiff's inventions/property/data.

10    On information and belief, Defendants violated this law in not attributing Plaintiff

11    as the author of her work or in distorting/otherwise abusively interacting with

12
13    Plaintiff's visual copyright-protected content & her private visual

14    inventions/property/data, including diagrams of her inventions, visual art created using

15    her code, images/videos involving falsifications of her image, drawings, comics,

16
17    conversations and/or comments, as visually represented in her social media posts including

18    her Twitter/Medium/Github posts.

19    Plaintiff has the right to control adaptations of her copyright-protected

20    inventions/property/data, including false distortions of it, involving false

21
22    representations of Plaintiff or false representations of Defendants as having created the

23    work.

24    In violation of 17 U.S. Code § 506(a)(1)(A), 506(a)(1)(B), and 506(a)(1)(C), Defendants

25
26    willfully infringed Plaintiff's copyright.

27    Defendants violated 506(a)(1)(A) for purposes of commercial advantage and/or private

28
TITLE OF DOCUMENT: Complaint    CASE NO.: _____

PAGE NO. __48__ OF __70__

1  financial gain.

2  Defendants violated 506(a)(1)(B) by the reproduction or distribution, including by

3
4  electronic means, during any 180–day period, of 1 or more copies or phonorecords of 1 or

5  more of Plaintiff's copyrighted works, which have a total retail value of more than

6  $1,000.

7  Defendants violated 506(a)(1)(C) by the distribution of Plaintiff's work which was being
8
9  prepared for commercial distribution, by making it available on a computer or television

10  network accessible to members of the public, work which Defendants knew or should have

11  known was intended for commercial distribution, given their knowledge of its extreme value
12
13  and given their knowledge of their extreme inability to use/implement it correctly and

14  their knowledge of the extreme lack of value they caused, value that would have been

15  hypothetically fairly exchanged in return for the work in a legitimate market transaction

16  such as through purchasing a license.
17
18  No abusive, malicious, or otherwise exploitative use of her property/data was authorized

19  by Plaintiff to any entity, except perhaps an occasional specific idea posted in an

20  occasional private message to a specific person for specific intents, which usually were
21
22  not valuable ideas according to her memory, because she was careful to keep implementation

23  methods & components of her most valuable ideas private until she began to patent specific

24  implementations of her most valuable ideas as an independent inventor, once it became
25
26  clear that no one would ever help her.

27  Plaintiff would never sign over rights to her property to any company such as Defendants'

28  TITLE OF DOCUMENT: Complaint    CASE NO.: _____

PAGE NO.  49   OF   70

1  or to any company she could not influence to guarantee that her property/data was

2  correctly used for the purposes she intended it to be used for and in the ways in which

3
4  she intended it to be used, specifically to end poverty/disease/war and automate

5  problem-solving, and if Defendants falsely claim that she did so, it is because of their

6  complete lack of a human mind with mental functions such as imagination, creativity,

7  curiosity, strength, potential, empathy, & other functions inherent to intelligence, as
8
9  well as a profound disturbed perverted lack of understanding of meaning, society, justice,

10 ethics, logic, and many other concepts besides these, rather than because they own

11 Plaintiff's property/data, which they do not own, and a disgusting inability to tell that
12
13 Plaintiff only stated the problem to Defendants and suggested vague solutions, rather than

14 transferring property rights to Defendants involving any specific implementation method of

15 her inventions.

16 At no point did Plaintiff ever give permission to Defendants to create false content about
17
18 her, to use/abuse her content for whatever purpose in whatever way with whatever

19 consequences they wanted, to create torture porn of her that would possibly incite further

20 torture of her, or otherwise use/abuse her or her data in any way.
21
22 On information and belief, Defendants conducted secondary transmissions embodying a

23 performance or a display of Plaintiff's work(s), whether altered or not, actionable under

24 111(c).

25 On information and belief, Defendants infringed Plaintiff's copyright in her
26
27 copyright-protected online inventions/property/data on social media sites including

28
TITLE OF DOCUMENT: Complaint____CASE NO.: _____

PAGE NO. __50__ OF __70__

1 | Twitter, Medium, Slack, Signal, and Github as well as her cloud storage accounts including

2 | Amazon S3 & Apple iCloud, and email accounts including Yahoo Mail, Microsoft Outlook, and

3
4 | Gmail, and her devices including her phones, laptops & other electronic devices, and her

5 | inventions/property/data such as her drawings and/or letters, by reproducing, distributing

6 | and/or publicly displaying Plaintiff's inventions/property/data in the form of the

7
8 | infringing false entertainment content, other content, and/or products and services

9 | violating Plaintiff's copyright.

10 | On information and belief, Defendants are not, and have never been, licensed or otherwise

11 | authorized to reproduce, publicly display, distribute, use, and/or abuse Plaintiff's

12
13 | copyright-protected inventions/property/data in the manner & extent to which they did and

14 | for their own malicious purposes.

15 | The acts of Defendants complained of herein constitute infringement of Plaintiff's

16
17 | copyright and exclusive rights under copyright law in violation of Sections 106 and 501 of

18 | the Copyright Act, 17 U.S. Code §§ 106 and 501.

19 | Upon information and belief, the foregoing acts of infringement by Defendants have been

20 | willful and/or in reckless disregard of Plaintiff's rights.

21
22 | As a direct and proximate cause of the infringement by the Defendants of Plaintiff's

23 | copyright and exclusive rights under copyright law, Plaintiff is entitled to damages and

24 | Defendants' profits in violation of 17 U.S. Code § 504(b) for the infringement.

25
26 | Pursuant to 17 U.S. Code - Sub-Section 102, 401, and 405, works created in the USA after

27 | 1989 are protected by copyright, even if there is no copyright notice attached to the

28 | TITLE OF DOCUMENT: Complaint    CASE NO.: _____

PAGE NO. _51_ OF _70_

work, as was the case with Plaintiff's inventions/property/data, and to her knowledge

Plaintiff was in the USA while creating her works, unless through some conspiracy to

temporarily change national boundaries or otherwise deprive various counties where she

resided of their designation as territories of and/or under the jurisdiction of the USA,

Defendants enacted a scheme to manipulate votes which somehow deprived Plaintiff of her

citizenship and/or residence in the USA during the times she was creating these works,

which Plaintiff finds unlikely, as she was not deported as far as she knows, despite

incentives & ability of Defendants to do so in such a case, unless her residence has been

made a sovereign nation or embassy without her knowledge, which likely would have been

similarly exploited by Defendants to declare war on her had this been the case.


Impact on Plaintiff & Other Victims

As a result of Defendants' willful infringement of Plaintiff's copyrights and

exclusive rights under copyright, Plaintiff is entitled to maximum statutory damages

pursuant to 17 U.S.C. § 504(c), or to recover her actual damages and profits attributable

to the infringement pursuant to 17 U.S.C. § 504(b), at her option to do so, and such

other relief as is provided by law.

The conduct of Defendants is causing and, unless enjoined and restrained by this Court,

will continue to cause Plaintiff great and irreparable injury that cannot fully be

compensated or measured in money.

Plaintiff has no adequate remedy at law.

TITLE OF DOCUMENT: Complaint ____ CASE NO.: _____

PAGE NO. __52__ OF __70__

Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiff is entitled to injunctive relief

prohibiting Defendants from further infringing her copyrights, and ordering Defendants to

destroy all copies of the infringing work and/or other material made in violation of her

exclusive rights.

Plaintiff & Other Victims suffered extreme harm as a direct result of Defendants' conduct,

experiencing the same harms indicated in other counts including the 'infliction of

emotional distress' and 'anti-trust' count, and the conduct of Defendants' actions were a

substantial factor in causing that harm, for which no adequate remedy at law exists, and

which will continue unless Defendants' actions are enjoined.

Through these violations, Defendants are liable for compensatory & other damages in an

amount to be proven at trial, including either actual damages suffered by Plaintiff

pursuant to 17 U.S.C. § 504(b) as a result of the infringement, and any profits of the

infringer that are attributable to the infringement and are not taken into account in

computing the actual damages, or an award of statutory damages pursuant to 17 U.S.C. §

504(c)(2) for willful infringement for all infringements involved in the action, with

respect to any one work, for which any one infringer is liable individually, or for which

any two or more infringers are liable jointly and severally, in a sum of not more than

$30,000 per infringement as the court considers just, where for the purposes of this

subsection, all the parts of a compilation or derivative work constitute one work, and

where Plaintiff sustains the burden of proving, and the court finds, that infringement was

committed willfully, the court in its discretion may increase the award of statutory

TITLE OF DOCUMENT: Complaint    CASE NO.: _____

PAGE NO. __53__ OF __70__

1  damages to a sum of not more than $150,000 per infringement, whichever amount (actual or

2  statutory) damages is greater, in an amount to be proven at trial.

3

4

5  COUNT 3: Violation of 15 U.S. Code § 1 (Sherman Act § 1) - (Unreasonable Restraints of

6  Trade in technology markets, including the software/automation, problem-solving,

7  machine-learning/statistics, optimization, inventing, content generation, & rule database

8

9  markets)

10  (by Plaintiff against All Defendants)

11  Relevant arguments, factual allegations & evidence are incorporated herein, and Plaintiff

12

13  re-alleges each and every paragraph as if set forth in full herein, here including an

14  'intent to harm', 'responsibility', and 'impact' section in these counts.

15  Intent to harm Plaintiff and/or Other Victims, in their actions intended to commit this

16

17  violation

18  On information and belief, Defendants knew they were committing a violation, as

19  exploitative legal agreements & other unreasonable restraints of trade are well known to

20  be criminal, given the common exploitative attributes of all violations, even definitively

21

22  being a violation through involving an exploit of a less powerful entity, and exploitative

23  Terms & Conditions by tech companies are specifically frequently referenced as being

24  unfair & exploitative, thus indicating to Defendants knew that they were committing a

25

26  violation or an action that would soon be considered a violation, which they intentionally

27  did not avoid, indicating intent to harm Plaintiff.

28

TITLE OF DOCUMENT: Complaint ____ CASE NO.: _____

PAGE NO. __54__ OF __70__

On information and belief, Defendants knew they were harming Plaintiff, as the negligible value contributed by their technologies/content for themselves could not possibly be interpreted as a fair exchange for the harms caused to Plaintiff & Other Victims including the loss of value of her inventions/property/data as a result of her usage of their technologies.

On information and belief, Defendants did not try to help Plaintiff, instead choosing to carefully avoid doing so, opting to wait for her to die of meningitis or suicide from the torture, rather than more optimal decisions like quickly fixing their exploitative Terms & Conditions or ending their agreements to 'reduce the competitive threat posed by Plaintiff' to avoid harming her or the value of her inventions/property/data or her business opportunities or avoid other harms to her & the people her inventions could help.

On information and belief, Defendants had incentives to help Plaintiff and avoid violations, incentives which they went out of their way to ignore, so they could harm Plaintiff & Other Victims, having the ability to easily profit from Plaintiff's inventions in a legal way by helping her, and instead choosing the malicious, harmful, and/or exploitative way to profit from her data, indicating intent to commit a violation and/or intent to harm her.

On information and belief, Defendants worked hard to cause harm to Plaintiff, giving up resources to do so, such as giving up time to work hard to avoid legal liability/costs/litigation & giving up profits from legally helping her, which likely

TITLE OF DOCUMENT: Complaint     CASE NO.: _____

PAGE NO. __55__ OF __70__

1  would have exceeded profits from exploiting her, all so they could harm her.

2  On information and belief, Defendants worked to prevent the success of Plaintiff's actions

3
4  to stop them or fix the harms their violations caused, her actions such as reporting

5  Defendants, requesting help in stopping Defendants' actions, revealing one piece of her

6  inventions at a time rather than all at once to avoid complete theft of all of her

7
8  inventions, patenting her inventions, and mocking them for their nauseating need to commit

9  violations against her & otherwise legitimately criticizing them in an attempt to make

10 them sane by reminding them of reality.

11

12
13 Responsibility

14 On information and belief, other Defendants are knowingly & intentionally complicit in

15 assisting these corporate Defendants to commit these acts of unreasonable restraints of

16
17 trade.

18 On information and belief, Defendants' conduct violates Section 1 of the Sherman Act,

19 which prohibits every contract, combination in the form of trust or otherwise, or

20
21 conspiracy, in restraint of trade or commerce among the several States, or with foreign

22 nations.

23 On information and belief, Defendants created and/or carried out restrictions in trade or

24 commerce as specified in the 'California Cartwright Act - Unreasonable Restraints of

25
26 Trade' count, including but not limited to their exploitative Terms & Conditions which

27 violate Plaintiff's property/other rights and/or abuse her inventions/property/data.

28 TITLE OF DOCUMENT: Complaint    CASE NO.: _____

PAGE NO.  56   OF   70

The technology market is a valid antitrust market.

To reach users & customers and increase their user & customer bases, Defendants force

users & customers such as Plaintiff to agree to Defendants' unlawful terms contained in

their Terms & Conditions, including such implications as that all content created within

range of a smartphone or other information storage device is the property of whichever

companies (such as corporate entities associated with Defendants) wish it to be their

property and which falsely represent users/customers' acceptance of their own Terms &

Conditions as overriding the property/other rights of users/customers and as overriding

users/customers' acceptance of other entities' Terms & Conditions.

On information and belief, Defendants force independent inventors such as Plaintiff to

agree to Defendants' unlawful terms contained in their Terms & Conditions if independent

inventors want to be able to communicate with investors and/or other individuals and

entities, who can only be contacted using the apps/sites/services who could assist

independent inventors in building and/or funding and/or advertising their inventions.

Plaintiff could not be expected to create her own communication technologies & attract

users to use them so she could communicate with these users with the communication

technologies she would have created, in addition to all the other tasks she is required to

do in order to achieve her goals, such as patenting/building her inventions, defending

herself from Defendants, asserting her rights, supporting herself with a full-time job,

recovering from illness & maintaining her health, and distributing information to teach

people how to avoid committing violations of her rights or optimally implement products

TITLE OF DOCUMENT: Complaint     CASE NO.: _____

PAGE NO.   57   OF   70

1  while she is doing all of the above until her invention can automate such education so she

2  doesn't need to educate people manually, in order to implement as many alternate

3
4  strategies as possible to reduce and/or prevent the violations committed against her &

5  Other Victims, all while increasing the progress toward solving global problems, which her

6  actions could reasonably be expected to cause absent Defendants' actions - building such

7  communication technologies herself all just for the purpose of avoiding malicious
8
9  exploitation of her busy schedule through exploitative terms & conditions which violate

10  her property/other rights, which is illegal torture of Plaintiff, regardless of what is in

11  the terms & conditions or laws that gave Defendants the false impression they could do
12
13  whatever they wanted to Plaintiff.

14  On information and belief, Defendants do not have a legitimate claim that they own

15  Plaintiff's inventions/property/data or that they are otherwise entitled to violate

16  Plaintiff's property/other rights, as the value of their services/technologies is minimal
17
18  relative to the value created by Plaintiff, and the value of their technologies is not

19  uniquely created by them, and they are not attempting to optimize their implementation by

20  splitting the work with other Defendants who also attempted to claim a right to own or
21
22  abuse/violate Plaintiff's inventions/property/data and/or property/other rights, and not

23  acknowledging the commonness of their wishful claim to Plaintiff's

24  inventions/property/data, and the relative value of their technologies compared to the
25
26  competing technologies offered by other Defendants who also violated Plaintiff's rights is

27  trivial to the point where it may as well be nonexistent, one company's messaging form

28
TITLE OF DOCUMENT: Complaint ____ CASE NO.: _____

PAGE NO. _58_ OF _70_

being so similar to every other company's messaging form that it could not possibly be

construed as the primary source of value of Plaintiff's property (their false claim being

that "because they created an optimal message form, Plaintiff's

life/property/data/inventions is their property").

Plaintiff's inventions/property/data are not valuable for the sole claimed cause of

Defendants' communication technologies such as web forms, or the claimed cause of their

exploitative Terms & Conditions (which constitute torturous violations of Plaintiff's

rights and are therefore invalid terms & conditions), but rather Plaintiff's

inventions/property/data are valuable because of Plaintiff.

The value of Plaintiff's inventions/property/data arguably decreased because of

Defendants' communication & other technologies & their Terms & Conditions, rather than

these being contributory to Plaintiff in any way that could possibly be construed as

entitling these Defendants to any claim on any right to Plaintiff's

inventions/property/data or any claim to be entitled to abuse/violate her property or

other rights.

If Defendants' communication technologies are so valuable that a user/consumer base cannot

avoid using them, it is arguably Defendants' responsibility that their technologies

attracted such abusive users/consumers as would target Plaintiff with illegitimate

violations committed against her, and therefore Defendants further contributed to the

reduction of the value of Plaintiff's inventions/property/data and the violations/abuses

of her property/other rights committed by these users/consumers using these technologies,

TITLE OF DOCUMENT: Complaint    CASE NO.: _____

PAGE NO.  59   OF   70

1  rather than these technologies being a source of value provided to Plaintiff that could

2  possibly be construed as a legitimate exchange in return for such extreme abuses of her

3
4  rights & inventions/property/data.

5  Plaintiff does not see Defendants' web/message forms as a useful source of value but

6  rather a burden created to deprive her of her property, safety, and other unalienable

7
8  rights.

9  On information and belief, Defendants also attempted to restrict the property rights of

10  independent inventors such as Plaintiff, rights that they had no exclusive or legitimate

11  claim to, given that these rights might be referenced by similarly exploitative Terms &

12
13  Conditions in Plaintiff's usage of other technologies, and rights violations which

14  constitute torture.

15  On information and belief, Defendants deliberately & maliciously offered no property/other

16
17  rights protection for various valuable forms of inventions/property/data such as

18  Plaintiff's inventions, information which may be mentioned verbally or otherwise in the

19  vicinity of a smart phone/laptop/other information storage device, or mentioned in such

20  communications as an email, without constituting a transfer of the property rights to that

21
22  invention to any email service provider, the provision of such email services being so

23  basic, standard, and easy for such corporate entities as those associated with Defendants

24  that it could not possibly be legitimately construed as a source of value entitling such

25
26  corporate entities to ownership of or permission to violate/abuse any property or other

27  rights of users/customers.

28
TITLE OF DOCUMENT: Complaint ____ CASE NO.: _____

PAGE NO. __60__ OF __70__

Mere provision of services such as email/messaging could not possibly entitle such

providers as Defendants to any rights to use such data as that communicated using such

technologies in whatever way they choose, instead implying very limited rights of

Defendants to use such data of users/customers, such as Defendants' right to ensure that

the data communicated using their technologies is not abusive of innocent vulnerable

entities like Plaintiff.

If providing an email service entitled a corporate entity to the unrestricted abuse of any

information mentioned in uses or in the vicinity of its service, implying that this email

service was so valuable that it entitled providers to violate users/customers'

property/other rights however they choose, then almost all technologies such as all open

source libraries are equally interpretable as having such value and the resulting

entitlement from that value to any abuses of property/other rights of users/customers as

they so choose to abuse.

The directness of the rights involved is so distant as to be ridiculous to assign to

providers of such technologies, and if these rights are given to providers of such

technologies, this could be used to justify such distant property rights as having the

right to violate the property/other rights of anyone who has ever benefitted even

indirectly from technology such as the internet, even if a person has never used a cell

phone or computer but rather has benefitted indirectly from technology, such as by

receiving donations as a result of technology that enables market & supply chain

efficiencies to be created, resulting in increased profits and resulting in more

TITLE OF DOCUMENT: Complaint    CASE NO.: _____

PAGE NO. __61__ OF __70__

donations, which is such an indirect benefit that it could not be directly attributed to

the technology but rather to human users of it who are capable of building alternates to

it, and certainly could not be restricted to a particular open source library or email

service or other such indirectly causative technology.

For example, the creator of an open source library such as a particular library to make

web requests could claim to be entitled to abuse the rights of anyone who has ever used

any app/site that uses the library, such as people who use a social messaging app, but

this is such an indirect & non-unique cause of the users/customers' value gained from

using the social messaging app, that the provision of the library could not be construed

to be exclusively providing such value to users/customers, since if they had not provided

it, undoubtedly another entity would have, thereby not entitling them to any such

ridiculous claims of entitlement to abuse users/customers' rights, though perhaps they

might have a legitimate claim to some percentage of profits of the company that built the

social messaging app using their library, if their library constituted a large enough

ratio of the product.

Similarly, Defendants provide such standard, basic technologies as email services & social

messaging apps, which do not entitle them to abuse users/customers' rights, but rather the

provision of these technologies constitutes responsibility to protect users/customers'

rights, in whatever way their use of Defendants' technologies enable Defendants to protect

users/customers' rights.

Had Defendants protected users/customers' rights rather than torturing users and/or

TITLE OF DOCUMENT: Complaint ____ CASE NO.: _____

PAGE NO. __62__ OF __70__

violating their rights such as by torturing Plaintiff using exploitative uses of her

property & violations of other rights, they would not have to compete for users/customers,

as individuals would be likely to want to use their technologies and would be likelier to

be willing to pay to use their technologies, which would not constitute unfair competition

but rather legitimate business purposes with the full knowledge & consent of

users/customers that does not violate or abuse users/customers' rights, and would inspire

similar prioritization of users/customers' rights by other companies, thereby encouraging

competition.

These contractual provisions unlawfully foreclose technology markets to competitors and

maintain Defendants' monopoly, through their abusive claims to have the right to violate

Plaintiff's property/other rights.

The challenged provisions of Defendants' terms & conditions regarding their illegitimate

entitlement to Plaintiff's inventions/property/data unreasonably restrain competition in

technology markets and serve no legitimate or pro-competitive purpose that could justify

their anti-competitive effects.

Defendants exploited Plaintiff's inventions/property/data to profit themselves in a manner

that constituted copyright infringement and torturous infliction of emotional distress

among other rights violations, preventing her from profiting from her data as is her

right, and forcing her to see big companies implement her ideas to profit themselves, as

if they were the source of her ideas, without her input or agency as they did not

communicate with Plaintiff, and without using profits as she intended them to be used,

TITLE OF DOCUMENT: Complaint     CASE NO.: _____

PAGE NO. __63__ OF __70__

1  | rather than directly negotiating/meeting with Plaintiff to discuss implementations of her

2  | inventions in private, and discuss acquisition of her copyright-protected and intellectual

3
4  | property in a consensual non-exploitative deal where she would have input on how the

5  | inventions were implemented and how profits were used.

6  | On information and belief, Defendants' conduct and unlawful contractual restraints affect

7
8  | a substantial volume of interstate as well as foreign commerce.

9  | On information and belief, Defendants' conduct has substantial anti-competitive effects,

10  | including increased prices to users, reduced innovation, and reduced quality of service

11  | and lowered output.

12
13  | On information and belief, Defendants' conduct has caused Plaintiff, as an independent

14  | inventor, to suffer injury to her business by foreclosing Plaintiff from competing in the

15  | technology market through their abusive terms regarding her property & other rights.

16
17  | Plaintiff is also harmed as an independent inventor, as Plaintiff has no options for

18  | communicating her invention in private to possible future associates without using an

19  | application, email service, messaging service, or site with anti-competitive terms &

20  | conditions to get attention of the large user bases associated with these communication

21
22  | mediums, which include investors/users/customers/developers and/or other individuals or

23  | entities who could assist Plaintiff in building and/or funding her invention, as the terms

24  | & conditions of the companies providing communications technologies remove her right to

25
26  | private communications of her inventions, and therefore suffers the anti-competitive

27  | effects felt by all independent inventors that are described above.

28
TITLE OF DOCUMENT: Complaint____ CASE NO.: _____

PAGE NO. __64__ OF __70__

Impact on Plaintiff & Other Victims

Plaintiff has been and continues to be directly harmed by Defendants' anti-competitive

conduct in a manner that the antitrust laws were intended to prevent.

Plaintiff has suffered and continues to suffer harm and irreparable injury, and such harm

and injury will not abate until an injunction ending Defendants' anti-competitive conduct

issues.

Plaintiff & Other Victims suffered extreme harm as a direct result of Defendants' conduct,

experiencing the same harms indicated in other counts including the 'infliction of

emotional distress' and 'copyright infringements' counts as well as further harms such as

financial & business opportunity harms, and the conduct of Defendants was a substantial

factor in causing that harm, for which no adequate remedy at law exists, and which will

continue unless Defendants' actions are enjoined.

Through these violations, Defendants are liable for compensatory & other damages in an

amount to be proven at trial, specifically including but not limited to a fine not

exceeding $100,000,000 if violated by a corporation, or, if violated by any other person,

$1,000,000.

Forfeiture Allegations

(by Plaintiff against All Defendants)

TITLE OF DOCUMENT: Complaint ____CASE NO.: _____

PAGE NO. _65_ OF _70_

1   Pursuant to 18 U.S. Code §§ 981(a)(1)(C) and 982(a)(1) and 28 U.S. Code § 2461(c), upon

2   conviction of one or more of the offenses alleged in the above counts, Defendants shall

3
4   forfeit to Plaintiff all right, title, and interest in any and all property, real or

5   personal, involved in such offenses, or in any property traceable to such property

6   involved in such offenses, including the following:

7   (a) all money or other property that was the subject of each transaction or transfer in

8
9   violation of a statute listed in 18 U.S. Code § 982,

10  (b) all other property constituting proceeds obtained as a result of those violations, and

11  (c) all property used in any manner or part to commit or to facilitate the commission of

12
13  those violations, including but not limited to the sum of money representing the amount of

14  money involved in the offenses.

15  Such property includes Plaintiff's property/data & any false caricatures or other

16  distortions of the same property/data, as well as any profits derived from such usage of

17
18  her property/data.

19  If any of the above described forfeitable property, as a result of any act or omission by

20  any Defendant, cannot be located upon the exercise of due diligence, has been transferred,

21
22  sold to, or deposited with a third party, has been placed beyond the jurisdiction of the

23  court, had been substantially diminished in value, or has been commingled with other

24  property and cannot be divided without difficult, it is the intent of Plaintiff to seek

25  forfeiture of any other property of that Defendants up to the value of the above-described

26
27  forfeitable property, pursuant to 21 U.S. Code § 853(p), as incorporated by 18 U.S. Code

28  TITLE OF DOCUMENT: Complaint     CASE NO.: _____

PAGE NO. __66__ OF __70__

982(b) and 28 U.S. Code § 2461.

VIII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

That Plaintiff & Other Victims be awarded actual, general, special, compensatory,

punitive, statutory, enhanced, exemplary, and/or treble damages sustained by Plaintiff and

Other Victims, as well as Defendants' profits/gains/benefits/advantages of any kind

attributable to Defendants' misconduct, including reasonable attorneys' fees and costs

of suit, plus interest, including pre-judgment & post-judgment interest, in appropriate

amounts to be established at trial, pursuant to the above referenced laws & including any

other additional laws found to be violated by Defendants, according to proof on each cause

of action for which such damages are available, in the maximum appropriate amount

permitted by law, per each instance of the law violations & counts as referenced above, as

is proper, depending on harm caused, egregiousness of Defendants' conduct, and damages

authorized by relevant laws.

That Other Victims be awarded equitable relief to fund successful poverty-reduction,

war-reduction, & disease-reduction measures, which are successful at reducing global

problems, including but not limited to poverty/disease/war/climate change.

TITLE OF DOCUMENT: Complaint      CASE NO.: _____

PAGE NO. _67_ OF _70_

1   That Plaintiff & Other Victims be awarded any other equitable relief necessary to prevent

2   and remedy Defendants' misconduct, in the maximum amount permitted by law, per each

3
    instance of the law violations & counts as referenced above, as is proper.
4

5   That the Court issue a permanent restraining order and preliminary and permanent

6   injunctions enjoining Defendants and their officers, directors, principals, agents,

7   servants, employees, successors, and assigns, and all persons and entities in active

8
9   concert or participation with them, from engaging in any of the activity complained of

10  herein or from causing any of the injury complained of herein and from assisting, aiding,

11  or abetting any other person or business entity in engaging in or performing any of the

12
    activity complained of herein or from causing any of the injury complained of herein;
13

14  That the Court issue a permanent injunction prohibiting Defendants' misconduct;

15  That the Court issue a permanent injunction prohibiting publication/republication of the

16  false & defamatory statements, fraudulent distortions of her property/data, and her

17
18  property/data itself, and any products/services deriving any profit/benefit from any of

19  her property/data at all;

20  That the Court issue a permanent injunction prohibiting Defendants' anti-competitive

21  conduct and mandating that 'unfair competition' Defendants take all necessary steps to
22

23  cease unlawful conduct and to restore competition;

24  That the Court issue a permanent injunction restraining Defendants from accessing and

25  using any of Plaintiff's property/data or any other items Plaintiff is entitled to by law,
26

27  such as other copies/distortions of her data, and restraining Defendants from abusing

28  TITLE OF DOCUMENT: Complaint _____ CASE NO.: _____

    PAGE NO. __68__ OF __70__

and/or violating her rights and/or freedoms;

That the Court issue a permanent injunction requiring Defendants to identify the location

of any and all information obtained from any violations or other hostile or otherwise

harmful actions committed against Plaintiff, and to delete all such information, and to

identify any and all entities with whom Defendants shared such information;

That the Court issue a permanent injunction restraining Defendants from developing,

distributing, using, and/or causing or enabling others to use any of Plaintiff's

information including her property/data without her full knowledge, express permission,

and consent;

That Defendants be required to account for all profits, income, receipts, and other

benefits derived by Defendants as a result of their misconduct;

That Defendants' profits resulting from the conduct alleged above be disgorged;

That Defendants be enjoined from engaging in further actions causing, enabling, committing

and/or contributing to the counts as described herein;

that the Court declare, adjudge, and decree that Defendants have committed the misconduct

alleged herein;

that the Court declare that Defendants' conduct has been willful and that Defendants

have acted with fraud, malice, and oppression;

that the Count enter judgment in her favor;

that the Count enter an Order that Defendants are jointly and severally liable;

and that the Court make other and further judgments, damages, injunctions, and

TITLE OF DOCUMENT: Complaint ____ CASE NO.: _____

PAGE NO. _69_ OF _70_

1   requirements as the Court deems just and proper under the circumstances.

2

3

4

5   IX. JURY TRIAL DEMANDED

6

7   Plaintiff hereby demands a trial by jury on all issues so triable in accordance with

8   Federal Rule of Civil Procedure 38(b).

9

10

11   Date: 02/23/23          Sign Name: _____

12                           Print Name:   JOM   JEZEWSKI

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TITLE OF DOCUMENT: Complaint     CASE NO.: _____

PAGE NO.  70   OF   70

EXHIBIT FILED UNDER SEAL

Your name:_____Plaintiff_____

Address:_____P.O. Box #37, Sunol, CA 94586_____

_____

Phone Number:_925-203-5645_____

Fax Number:_____

E-mail Address:_____alienbot1231@outlook.com__

Injury Evidence



Invention Evidence

https://github.com/outdreamer/build-a-cure