1  Your name: Plaintiff
2  Address: P.O. Box #37
3  Sunol, CA 94586
4  Phone Number: 925-203-5645
5  E-mail Address: alienbot1231@outlook.com
6  Pro se

**FILED**
FEB 23 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

**SEALED BY ORDER OF THE COURT**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco ☑ Oakland ☐ San Jose ☐ Eureka

| | |
|---|---|
| Plaintiff | Case Number: C23-00832 SK |
| Plaintiff, | **NOTICE AND MOTION** [type of motion] Administrative Motion To File Under Seal |
| vs. | |
| Natasha Flint, Phillip Herndon, Marie For & Doe Defendants unknown to Plaintiff. | **AND MEMORANDUM IN SUPPORT** |
| | DATE: _____ |
| | TIME: _____ |
| | COURTROOM: _____ |
| Defendant. | JUDGE: _____ |
| | Hon. _____ |

NOTICE AND MOTION [type of motion] Administrative Motion to File Under Seal
CASE NO.: _____ ; PAGE 1 OF ___ [JDC TEMPLATE - rev. 2017]

## I. NOTICE OF MOTION

PLEASE TAKE NOTICE that on *[date]* _____,
at *[time]* _____, at *[courtroom number and address]*
_____,
before the Honorable *[judge's name]* _____,
I will, and hereby do, move for an order granting this Motion *[type of motion]* Administrative Motion to File Under Seal _____.

The motion will be based on this Notice and Motion, the Memorandum of Points and Authorities below, the Declaration(s) of *[names of people who wrote declarations]* Plaintiff _____

and the [Proposed] Order.

## II. ISSUES TO BE DECIDED

*[Write each question or request that you are asking the Court to decide in this Motion. There may be one issue, or more. See the Instructions for examples.]*

1. Plaintiff seeks to file the complaint, & all other case documents under seal, including MC-125 Confidential Information Form Under Civil Code Section 1708.85, MC-120, Private Reference List attachments, Private Complaint Evidence, which are all requested

2. to be filed under seal, including all other case documents, where such documents can be filed under seal.

3. The complaint is included in this motion to be filed under seal. Plaintiff also seeks to file the identifiers of defendants & those in her social circle under seal, as this information may constitute an identifier of Plaintiff.

4. Where some document cannot be filed under seal, Plaintiff seeks to file other case documents under seal by default.

5. _____

NOTICE AND MOTION *[type of motion]* Administrative Motion to File Under Seal
CASE NO.: _____; PAGE 2 OF ____ *[JDC TEMPLATE - rev. 2017]*

## III. MEMORANDUM

### A. Statement of Facts

*[Write the facts relevant to the Motion. Add more pages as needed. At the end of each sentence, write where evidence of that fact can be found. See the Instructions for more detail.]*

1. Plaintiff is a victim of physical as well as sexual abuse created of her image including false
2. of her image created without her consent or full knowledge & distributed/viewed online.
3. Plaintiff seeks to remain anonymous by filing a Confidential Information form (MC 125).
4. Plaintiff's identity would be revealed if she revealed all of Defendants' identities,
5. or the identities of other people in her social circle.
6. She is moving to file the forms as well as other case documents under seal,
7. as they contain these Defendants' true names as well as their corresponding
8. identifiers that can be used to derive Plaintiff's identity.
9. Furthermore, Plaintiff seeks to prevent Defendants from retaliating against her further
10. for humiliating them through this lawsuit against them for their humiliating actions.
11. Plaintiff believes that Defendants are less likely to attack her physically if their names are
12. sealed, as well as receiving protection of her identity if their names are redacted.
13. Plaintiff knows these facts because Defendants tried to convey these facts to her &
14. force her to view abusive content they created while sexually abusing her with drugs/threats
15. Plaintiff seeks to file Private Reference List form & attachments (MC 120) under seal,
16. in support of this motion, as indicated by Civil Local Rules 79-5.
17. Plaintiff seeks to file the Confidential Information forms (MC 125) under seal.
18. Plaintiff seeks to file the Complaint, and Private Complaint Evidence
19. documents under seal, as well as all other evidence & case documents.
20. Plaintiff seeks to file the identifiers of private defendants & those in her social circle under se
21. Plaintiff seeks to file the entire case under seal.

NOTICE AND MOTION *[type of motion]* Administrative Motion to File Under Seal
CASE NO.: _____; PAGE 1 OF ____    *[JDC TEMPLATE - rev. 2017]*

## B. Argument

*[You should have an argument section for each issue that you listed on page 2. Explain why the Court should rule in your favor on each issue. Provide facts and case law/statutes (if you have any). Add more pages as needed.]*

Plaintiff has suffered beyond what even dictators usually suffer due to Defendants' violations of her and does not feel she can withstand further suffering which would result from her identity being revealed which would likely result in further attacks of Plaintiff.

There is no reason to publish Defendants' identities except to humiliate them further.

Such humiliation may be well deserved but it would not serve any particular purpose, except to incite outrage of the public against Defendants.

Such humiliation would not be likely to help Plaintiff's case in any way.

If anyone wishes to humiliate Defendants, they can just allow Defendants to make decisions

Plaintiff filed Private Reference List form & attachment (MC 120) in support of this motion.

Plaintiff also seeks to file the Complaint, Private Complaint Evidence, & MC 125 form, & all other documents under seal, as they contain her identifying information, trade secrets, intellectual property, personal/private property/data, and/or copyright-protected material.

Plaintiff also seeks to file the identifiers of defendants & those in her social circle under seal

The subject matter may involve matters of national security, due to her intellectual property.

These statements are made in support of this motion with the stipulation under Civil L.R. 7-1

NOTICE AND MOTION *[type of motion]* Administrative Motion to File Under Seal
CASE NO.: _____ ; PAGE  2   OF ____   *[JDC TEMPLATE - rev. 2017]*

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| ... | |
| 23 | |
| 24 | *[You must sign and date.]* |
| 25 | Respectfully submitted, |
| 26 | |
| 27 | Date: 02/23/23    Sign Name: [signature] |
| 28 | Print Name: JOM JEZEWSKI    Plaintiff |

NOTICE AND MOTION *[type of motion]* Administrative Motion to File Under Seal
CASE NO.: _____ ; PAGE 3 OF ____    *[JDC TEMPLATE - rev. 2017]*