**CONFIDENTIAL**

MC-125

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|

NAME: **Plaintiff**

FIRM NAME:

STREET ADDRESS: **P.O. Box #37**

CITY: **Sunol**   STATE: **CA**   ZIP CODE: **94586**

TELEPHONE NO.: **925-203-5645**   FAX NO.:

E-MAIL ADDRESS: **alienbot1231@outlook.com**

ATTORNEY FOR (party name or pseudonym): **Plaintiff**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **Alameda**

STREET ADDRESS: **1301 Clay Street Suite 400 S**

MAILING ADDRESS: **1301 Clay Street Suite 400 S**

CITY AND ZIP CODE: **Oakland, CA 94612**

BRANCH NAME: **Northern District Court of California, Oakland Division**

SHORT TITLE:

**FILED**

**FEB 23 2023**

**CLERK, U.S. DISTRICT COURT**
**NORTH DISTRICT OF CALIFORNIA**
**OAKLAND OFFICE**

**CONFIDENTIAL INFORMATION FORM**
**UNDER CIVIL CODE SECTION 1708.85**

CASE NUMBER: **C23 - 00832 SK**

**TO COURT CLERK: THIS FORM IS CONFIDENTIAL**

*INSTRUCTIONS FOR FILER ARE ON BACK*

**SEALED BY ORDER**
**OF THE COURT**

1. This action includes a claim under Civil Code section 1708.85.

2. The document with which this form is being filed is a

   a. [ X ] complaint or other pleading.
   b. [ ] discovery document.
   c. [ ] other (describe):

3. **Name of Plaintiff** (complete if being filed with complaint)

   a. [ ] Plaintiff did not use a pseudonym in the complaint.

   b. [ X ] Plaintiff used a pseudonym in the complaint (complete the following for each plaintiff for whom a pseudonym was used).

   | Pseudonym used | True name of plaintiff |
   |---|---|
   | **Plaintiff** | **Joni Jezewski** |

4. **Redacted Information** (complete for any pleading or document that includes redactions)

| | LOCATION OF REDACTION *(page and line where the redaction occurs)* | INFORMATION REDACTED *(text that has been redacted)* |
|---|---|---|
| 1. | **Plaintiff's protected attributes** | **Plaintiff's race (white/mixed), gender (female), age (34) & other protected attributes, and those of her family/friends** |
| 2. | **Plaintiff's online accounts/identifiers** | **alienbot123, remixerator, insighterator, outdreamer, jonijezewski at LinkedIn, and any of those of her family/friends** |
| 3. | **Plaintiff's image** | **Her image and any images of her family/friends** |

[ X ] Continued on next page.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
MC-125 [Rev. January 1, 2019]

**CONFIDENTIAL INFORMATION FORM**
**UNDER CIVIL CODE SECTION 1708.85**

Civil Code, § 1708.85
*www.courts.ca.gov*

Text

## CONFIDENTIAL

**MC-125**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

| | LOCATION OF REDACTION (*page and line where the redaction occurs*) | INFORMATION REDACTED (*text that has been redacted*) |
|---|---|---|
| 4. | **Plaintiff's Location, Address, City** | Fremont, San Ramon, Dublin, Danville, Antioch, San Francisco, Livermore, CA - Lorton, Woodbridge, Fairfax, Ashland, VA Any of Plaintiff's street addresses which are too numerous to list, and any address/locations of her family/friends |
| 5. | **Plaintiff's Email, Phone Number** | jonijezewski@icloud.com, jonibjezewski@icloud.com, jonijezewski@gmail.com, jonibjezewski@gmail.com, jonijezewski@outlook.com, 8046171959, and any email addresses or phone numbers of her family/friends |
| 6. | **Plaintiff's former employers** | Cybernetics, Morinteresting, RTS Labs, NJI Media, ICFI, HomeFront DC, Booz Allen, Accenture, Capital One, Zachary Piper Solutions, Zolon Tech Solutions, Rixcel, Procom Services, and any employers of her family/friends |
| 7. | **Plaintiff's friends or family members** | **Any of her family members/friends who could identify her** |

[x] Additional pages are attached.  Number of pages attached: _____1_____

Date:

_____
**Joni Jezewski**
(TYPE OR PRINT NAME)

▶ *Joni Jezh* (SIGNATURE)

## INSTRUCTIONS
### (Note: This form may be used only in cases brought under Civil Code section 1708.85.)

1. To protect personal privacy issues, parties who bring an action under Civil Code section 1708.85 for distribution of sexually explicit material may use a pseudonym in place of the true name of the plaintiff and may exclude or redact from all pleadings and documents other identifying characteristics. See Civil Code section 1708.85(f)(1). In such cases, papers filed by other parties **must** be worded so as to protect the name or other identifying characteristics of the plaintiff from public revelation. See Civil Code section 1708.85(f)(2).

2. A plaintiff who uses a pseudonym must file this confidential information form with the court at the time of filing the complaint, with items 2 and 3 completed, in order to provide his or her true name to the court. Plaintiff must also serve the form on defendant along with the complaint and summons. Counsel for a party filing under a pseudonym may provide the pseudonym for the name of the represented party in the attorney/party information box at the top of the form. Any other party must also use this form when necessary.

3. Any party required to redact identifying characteristics from any pleading or document filed with the court other than a complaint **must** file with the court and serve on all parties this confidential information form, with items 2 and 4 completed, providing any identifying characteristics that have been redacted from the pleading or document and stating where the information was redacted.

4. "Identifying characteristics" that the plaintiff may and all other parties **must** include, but are not limited to, name or any part thereof, address or any part thereof, city or unincorporated area of residence, age, marital status, relationship to defendant, race or ethnic background, telephone number, e-mail address, social media profiles, online identifiers, contact information, or any other information, including images of the plaintiff, from which the plaintiff's identity can be discerned. See Civil Code section 1708.85(f)(3). (See Civ. Code, § 1708.85(f)(3)(B) for a list of "online identifiers.")

5. If more space is needed to describe all the redactions in a pleading or document, form MC-025 may be attached, with information provided in the same format as in item 4.

6. A copy of this form should be completed each time a pleading or document redacted under Civil Code section 1708.85 is filed and should be served and filed along with the redacted document.

**CONFIDENTIAL INFORMATION FORM
UNDER CIVIL CODE SECTION 1708.85**

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[ Print this form ] [ Save this form ]