UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONI JEZEWSKI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NATASHA FLINT, et al.,<br><br>　　　　　　Defendants. | Case No. 23-cv-00832-SK<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE** |

　　　　The Court HEREBY ORDERS Plaintiff TO SHOW CAUSE why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). As shown by a review of the procedural history in this case, Plaintiff has failed to prosecute this case.

　　　　On April 25, 2023, the Court informed Plaintiff of her duties to serve Defendants in the above case by May 24, 2023 and file proof of service by no later than May 29, 2023. (Dkt. No. 11.) Plaintiff has not filed proof of service nor filed any notice or motion to this Court for an extension of her deadline to file proof of service. Additionally, Plaintiff has not filed a case management statement for the initial case management conference scheduled on June 5, 2023.

　　　　Plaintiff shall file a written response to this Order to Show Cause by no later than **August 7, 2023**. Plaintiff is admonished that, if she fails to file a response to this Order to Show Cause by August 7, 2023, the Court will reassign this matter and issue a report and recommendation that this matter be dismissed for failure to prosecute without any further notice.

　　　　The case management conference scheduled for June 5, 2023 is hereby CONTINUED until September 11, 2023, with a joint case management statement due on September 5, 2023. Plaintiff is ORDERED to serve Defendants by **August 14, 2023** and file proof of service by **August 18, 2023**. If Plaintiff fails to serve Defendants by this time, the Court will reassign this matter and issue a report and recommendation that this matter be dismissed for failure to prosecute without

further notice.

The Court ADVISES Plaintiff that the district court has produced a guide for *pro se* litigants called *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*, which provides instructions on how to proceed at every stage of the case, including discovery, motions, and trial. It is available electronically online (https://www.cand.uscourts.gov/wpcontent/uploads/2020/02/Pro_Se_Handbook_2020ed_links_12-2021_MBB.pdf) or in hard copy free of charge from the Clerk's Office. The Court additionally has a website with resources for pro se litigants (https://www.cand.uscourts.gov/pro-se-litigants/). The Court further advises Plaintiff that she also may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at 415-782-8982 or email fedpro@sfbar.org for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: May 30, 2023

_____
SALLIE KIM
United States Magistrate Judge