UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONI JEZEWSKI,

    Plaintiff,

v.

NATASHA FLINT, et al.,

    Defendants.

Case No. 23-cv-00832-SK

**ORDER REGARDING *EX PARTE* COMMUNICATIONS AND *PRO SE* RESOURCES**

On June 27, 2023 this Court received an improper *ex parte* communication from Joni Jezewski ("Plaintiff") regarding her difficulty accessing PACER. Plaintiff additionally attached multiple pages of "references" and a letter. (*See* Dkt. Nos. 17, 18.) Plaintiff is reminded that emailing or communicating to the Court is an impermissible *ex parte* communication and will not be considered by the Court. A party cannot contact the Court without including the opposing party in the communication, and all communications in writing should be through documents formally filed on the docket. If Plaintiff has difficult obtaining a PACER account or filing with the Court, she is directed to access resources listed below for *pro se* litigants.

The Court ADVISES Plaintiff that the district court has produced a guide for *pro se* litigants called Representing Yourself in Federal Court: A Handbook for *Pro Se* Litigants, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial. It is available electronically online (https://perma.cc/ANQ4-N2ZT) or in hard copy free of charge from the Clerk's Office. The Court additionally has a website with resources for *pro se* litigants (https://perma.cc/6NL7-U9U7). The Court further advises Plaintiff that she also may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at 415-782-8982 or email fedpro@sfbar.org for a free appointment with an attorney who may be able

to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: June 29, 2023

_____
SALLIE KIM
United States Magistrate Judge