UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONI JEZEWSKI,<br><br>            Plaintiff,<br><br>    v.<br><br>NATASHA FLINT, et al.,<br><br>            Defendants. | Case No. 23-cv-00832-SK<br><br>**REPORT AND RECOMMENDATION AND ORDER OF REASSIGNMENT** |

On May 30, 2023, the Court issued an Order to Show Cause ("OSC") why this case should not be dismissed for failure to prosecute, based in part on Plaintiff's failure to timely serve Defendants and failure to file a case management statement. (Dkt. No. 15.) The Court set a deadline of August 7, 2023 for Plaintiff to reply to the OSC and a deadline of August 14, 2023 to serve Defendants. (Dkt. No. 15.) On June 29, 2023, Plaintiff filed a response with the Court stating that she had been sick with "COVID/Fungal meningitis/medication complications" and that "ABC legal" had not been able to serve Defendants. (Dkt. No. 17.) Plaintiff additionally filed a list of dozens of new "probable defendants" including numerous actors, owners of technology companies, talk show hosts, movies and tv shoes, media companies, and dozens of others. (Dkt. No. 18.) Plaintiff does not discuss their involvement in the case, has not provided any basis for suit, and has listed fictitious pieces of media as Defendants. At this time, Plaintiff still has not served any Defendants and has not consented to the jurisdiction of a magistrate judge.

//
//
//
//
//

1  Because Defendants have not appeared and, thus, have not consented to the jurisdiction of
2  a magistrate judge under 28 U.S.C. § 636(c), the Court does not have authority to make a
3  dispositive ruling in this case.  Accordingly, the Court ORDERS that this case be REASSIGNED
4  to a District Judge.  The Court HEREBY RECOMMENDS that the District Court DISMISS this
5  action without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).
6  **IT IS SO ORDERED**.
7  Dated: September 19, 2023



SALLIE KIM
United States Magistrate Judge